KLEVANSKY PIPER LLP
A Limited Liability Law Partnership

SIMON KLEVANSKY    3217-0
ALIKA L. PIPER    6949-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone:  (808) 536-0200
Facsimile:   (808) 237-5757
E-Mail: sklevansky@kplawhawaii.com
       apiper@kplawhawaii.com

Attorneys for George R. Robinson, State Court Receiver

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>WILLIAM HOWARD GILLIAM,<br><br>          Debtor. | Case No. 19-01366<br>(Chapter 13)<br><br>**STATE COURT RECEIVER'S OBJECTION TO DEBTOR'S MOTION FOR TURNOVER AND ORDER TO SHOW CAUSE, FILED ON DECEMBER 26, 2019; EXHIBITS "A" through "J"; DECLARATION OF GEORGE R. ROBINSON**<br><br>**HEARING**<br>**Date:  February 3, 2020**<br>**Time:  1:30 p.m.**<br>**Judge:  Honorable Robert J. Faris**<br><br>**Related Docket No. 29** |

## STATE COURT RECEIVER'S OBJECTION TO DEBTOR'S MOTION FOR TURNOVER AND ORDER TO SHOW CAUSE, FILED ON DECEMBER 26, 2019

GEORGE R. ROBINSON ("Receiver"), the court appointed receiver in the State Court proceeding entitled <u>Association of Apartment Owners of Kuhio Shores of Poipu v. Pacific Rim Property Service Corporation</u>, Civil No. 16-1-0063, by and through his counsel, objects to Debtor's Motion For Turnover and Order to Show Cause, filed on December 26, 2019 (the "Motion").

In the Motion, the Debtor alleges he is the sole shareholder of "Pacific Rim Property Service Corporation" ("PRPSC") and demands turnover of PRPSC's real property located at 5050 Lawai Road, Apt. 209, Koloa, Hawaii (the "Property")[1]. Contrary to the Debtor's assertions, the Debtor is not entitled to the Property, and the Motion must be denied.

## I. BACKGROUND

By way of background, PRPSC was originally incorporated on March 9, 1995 as "North Pacific Rim Property Service Corporation" when the Articles of Incorporation were filed with the Department of Commerce and Consumer Affairs for the State of Hawaii (the "DCCA"). See Articles of Incorporation, a copy of

---

[1] PRPSC is the owner of the Property. A copy of a Title Report dated April 16, 2019, is attached as Exhibit "A".

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed 01/17/20   Page 2 of 68

which is attached as Exhibit "B". As set forth in the Articles of Incorporation, Vivian T. Lord was the sole officer and director of the corporation, and the Property is listed as her address.

On January 23, 2002, the Articles of Amendment to Change Corporate Name were filed with the DCCA, effectively changing the name of "North Pacific Rim Property Service Corporation" to PRPSC. See Articles of Amendment to Change Corporate Name, a copy of which is attached as Exhibit "C".

Vivian T. Lord passed away on June 6, 2009. The Debtor, the son of Ms. Lord, commenced a probate proceeding entitled <u>The Estate of Vivian Turner Lord, Deceased</u>, 5LP181000079, Circuit Court of the Fifth Circuit of the State of Hawaii (the "Probate Case"). However, the Debtor has failed to proceed with the Probate Case and the case remains open. A copy of a print out of the docket sheet of the Probate Case, indicating the last document filed was on September 4, 2018, is attached as Exhibit "D".

PRPSC was administratively dissolved by Decree of the Director of Commerce and Consumer Affairs on December 4, 2012, for failure to file an annual report or remit fees, as required by law. See Exhibit "E".

PRPSC was never legally reinstated under the statutory guidelines set forth in Haw. Rev. Stat. §414-403. However, on December 2, 2013, an identically named Pacific Rim Property Service Corporation filed its Articles of Incorporation,

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed 01/17/20   Page 3 of 68

with the Debtor executing the document. See Exhibit "F". The Debtor has failed to show that the Property was transferred from PRPSC to the new identically named "Pacific Rim Property Service Corporation". Accordingly, the Property remains in the name of PRPSC, the now-dissolved corporation.

The Association of Apartment Owners of Kuhio Shores at Poipu (the "Association") asserts a lien against the Property. In 2016, the Association filed a proceeding seeking to foreclose its lien for unpaid assessments against the Property entitled <u>Association of Apartment Owners of Kuhio Shores of Poipu v. Pacific Rim Property Service Corporation</u>, Civil No. 16-1-0063, Circuit Court of the Fifth Circuit (the "Foreclosure Case"). In the Foreclosure Case, the Association requested the appointment of a receiver for PRPSC, because after Ms. Lord passed away, there was no living director to wind up the affairs of PRPSC and to take necessary action with respect to the Property. By order entered on October 19, 2018 in the Foreclosure Case, the Receiver was duly appointed as Receiver of PRPSC. A copy of the order appointing the Receiver is attached as Exhibit "G".

The Court in the Foreclosure Case instructed the Receiver to sell the Property and settle the debts of PRPSC. See "Order Granting Plaintiff Association of Apartment Owners of Kuhio Shores at Poipu's Motion for Instructions for the Receiver", filed on October 2, 2019. The Court also ordered that the Receiver is entitled to the exclusive and immediate possession of the Property, pursuant to a

Writ of Possession issued on October 2, 2019. Copies of the Order and the Writ of Possession are attached as Exhibits "H" and "I" respectively.

The Debtor has attempted to stop the Receiver from selling the Property and settling the debts of PRPSC. Among other things, on August 19, 2019, the Debtor filed a Chapter 11 bankruptcy petition, purportedly on behalf of PRPSC commencing the proceeding entitled <u>In re Pacific Rim Property Service Corporation, involuntarily dissolved by its Statutory Trustee H.R.S. 414-423 William H. Gilliam,</u> Bk. No. 19-01051, United States Bankruptcy Court for the District of Hawaii (the "PRPSC Bankruptcy Case"). The Debtor had no authority to file the petition. By order entered on September 5, 2019, the Court dismissed the PRPSC Bankruptcy Case.

In addition, on October 25, 2019, the Debtor filed a Chapter 13 petition commencing this case, in which he now alleges that the Property must be turned over to him. For the reasons set forth below, the Motion must be denied.

## II. ARGUMENT

### A. Motion is Procedurally Improper Because Adversary Proceeding is Required.

As a preliminary matter, the Motion is procedurally improper because the Debtor has not brought an adversary proceeding. The Motion is a request for a determination of the Debtor's alleged interest in the Property. Fed. R. Bankr. P. 7001(2) provides that a proceeding to determine the validity, priority or extent of an

123446_3.docx

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed 01/17/20   Page 5 of 68

interest in property must be brought by an adversary proceeding. In this case, the Debtor is requesting the Court determine he has an interest in the Property which is owned by PRPSC. This determination requires an adversary proceeding.

## B.    The Debtor Has Not Met the Requirements of Bankruptcy Code Section 542.

Even if the Motion was procedurally proper, and it is not, the Debtor failed to meet the requirements of turnover under Bankruptcy Code section 542. To support a cause of action for turnover, the party requesting the turnover has the burden to prove, by a preponderance of the evidence that "(1) the property is in the possession, custody or control of a noncustodial third party; (2) the property constitutes property of the estate; (3) the property is of the type that the trustee could use, sell or lease pursuant to section 363 or that the debtor could exempt under section 522, and (4) the property is not of inconsequential value or benefit to the estate." Colliers on Bankruptcy, ¶542.02[1]. The Debtor, as the party requesting turnover, has not met this burden.

### 1.    The Property is Not Property of the Estate.

The Property is not property of the estate. The Property is owned by PRPSC, not the Debtor. Bankruptcy Code § 541(a)(1) defines "property of the estate" as "all legal or equitable interests of the debtor in property as of the commencement of the case."

As evidenced by the exhibits attached hereto, the Property is owned by PRPSC. The Debtor has not demonstrated that he has a legal or equitable interest in the Property.

The Debtor asserts he owns the stock in PRPSC, and as a result, he owns the Property. This argument fails for several reasons.

First, the Debtor does <u>not</u> own the stock in the entity which owns the Property (i.e., the original PRPSC). The Debtor simply created a new entity with the same name, in a failed attempt to transfer the Property to his new entity. The Property was not transferred, and it remains titled in the original PRPSC.

Even if the Debtor did own the stock of PRPSC, which owns the Property, that does not mean the Property is property of the Debtor's bankruptcy estate. "[I]t is well-settled that assets owned by a corporation are not included in the bankruptcy estate of an individual shareholder . . A debtor's shares in a corporation became part of the bankruptcy estate; the assets of the corporation do not." <u>In re</u> Billingsley, 338 B.R. 372 (Bankr. C.D. Ill. 2006). <u>See</u> <u>also</u> <u>Folwer v. Shadel</u>, 400 F.3d 1016, 1018 (7th Cir. 2005) (Assets of debtor's wholly-owned corporation are not property of the debtor and cannot become part of the bankruptcy estate of the debtor shareholder). Additionally, "an S corporation is a separate entity from its shareholders." <u>Catalano v. C.I.R.</u>, 240 F. 3d 842, 843 (9th Cir. 2001). There "is a longstanding rule" that the shareholders and the corporation are separate entities and

123446_3.docx

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed 01/17/20   Page 7 of 68

that "the business of the corporation is not the business of its shareholders." <u>Durando</u> <u>v. United States</u>, 70 F. 3d 548, 552 (9th Cir. 1999).

Because PRPSC owns the Property, and not the Debtor, even if the Debtor owned all the stock in PRPSC, the Property would still not be property of the Debtor's estate.

**2.      The Debtor Could Not Exempt the Property because He Does Not Own the Property.**

The Debtor also fails to meet the second requirement for a turnover motion, in that he cannot prove by a preponderance of the evidence that he could exempt the Property under Bankruptcy Code section 522.

As explained above, the Property is not property of the estate. The Ninth Circuit Court of Appeals has held that property cannot be exempted unless it is property of the estate.  See <u>Spirtos v. Moreno (In re Spirtos)</u>, 992 F.2d 1004, 1007 (9th Cir. 1993).

Because the Property is not property of the estate, and thus, cannot be exempted by the Debtor, the Debtor fails to meet this requirement for turnover.

**C.      The Debtor Misinterprets Haw.Rev.Stat.§ 414-385.**

The Debtor argues that under Hawaii's corporate dissolution statute, Haw.Rev.Stat.§ 414-385, he is entitled to the assets of the now-dissolved PRPSC. This argument is based on the Debtor's misinterpretation of the statute, and fails for several reasons.

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed  01/17/20   Page 8 of 68

First, as explained above, the Debtor is <u>not</u> the current shareholder of PRPSC. The Debtor formed an identically named new corporation, in a failed attempt to obtain the Property from PRPSC. This does not make the Debtor a shareholder of PRPSC.

Second, even if the Debtor was a shareholder of PRPSC, and he is not, he would not be automatically entitled to the assets of PRPSC. The Debtor relies on Haw.Rev.Stat.§ 414-385(b)(1)[2] for the proposition that the assets of PRPSC should be disbursed to the Debtor. This argument has no merit.

Haw.Rev.Stat. .§ 414-385(a) provides in relevant part, that a "dissolved corporation continues its corporate existence but may not carry on any business except that appropriate to wind up and liquidate its business and affairs, including: (1) collecting its assets; . . . (3) discharging or making provisions for discharging its liabilities; (4) distributing its remaining property among its shareholders according to their interests . ." Contrary to the Debtor's assertions, this statute does not mean that the shareholders are automatically entitled to the assets of a dissolved corporation. Before any property can be disbursed to shareholders, the liabilities of the corporation must be discharged (or provisions must be made for the discharge).

---

[2] Although the Debtor cites to Haw.Rev.Stat. § 414-385(b)(1) in the Motion, the Debtor quotes language from Haw.Rev.Stat. § 414-385(a). For purposes of this response, we assume the citation to Haw.Rev.Stat. § 414-385(b)(1) was in error.

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed 01/17/20   Page 9 of 68

In the instant case, PRPSC owes the Association for unpaid fees and assessments an amount in excess of $245,000. See Exhibit "J". Before the assets of PRPSC can be distributed to any verified shareholders, the liabilities of PRPSC must be discharged. The Receiver is in the process of settling the affairs of PRPSC, as instructed by the Court in the Foreclosure Case.

Moreover, the mere fact that PRPSC was dissolved does not mean the Property has been transferred. "Dissolution of a corporation does not transfer title to the corporation's property." See Haw. Rev. Stat. § 414-385(b). Accordingly, the Property is still titled in PRPSC's name, and the Receiver is working to administer this asset.

## III.  CONCLUSION

For all the foregoing reasons, the Debtor's Motion should be DENIED.

DATED:  Honolulu, Hawaii, January 17, 2020.

/s/  Alika L. Piper
SIMON KLEVANSKY
ALIKA L. PIPER
Attorneys for George R. Robinson,
Receiver

123446_3.docx

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed  01/17/20   Page 10 of 68

# EXHIBIT "A"

# STATUS REPORT

This Report (and any revisions thereto) is issued for the sole benefit of the Purchaser of this Report identified in the Order No. referenced below.  Title Guaranty of Hawaii, LLC's responsibility for any actual loss incurred by reason of any incorrectness herein is limited to the lesser of $3,500 or two times the amount paid for this Report.

---------------------------------------------

## SCHEDULE A

Title Guaranty of Hawaii, LLC (the "Company") hereby reports as follows as to the title of the Parties named in Schedule A in and to the title to land described in Schedule C, subject to the matters set forth in Schedule B, based solely upon an abstract and examination of the following Indices in the State of Hawaii: (a) the Office of the Clerks of the Circuit Court of the Judicial Circuit within which the land is located; (b) the Office of the Clerk of the District Court of the United States for the District of Hawaii; (c) the Office of the Registrar of Conveyances; and (d) the Office of the Real Property Tax Assessment Division of the County within which the land is located.


PACIFIC RIM PROPERTY SERVICE CORPORATION,
as Fee Owner




This report is subject to the Conditions and Stipulations set forth in Schedule D and is dated as of April 16, 2019 at 8:00 a.m.


Inquiries concerning this report
should be directed to
RESIDENTIAL TITLE SERVICES.
Email rtscustomerservice@tghawaii.com
Fax (808) 521-0288
Telephone (808) 533-5874.
Refer to Order No. 201921381.


# EXHIBIT "A"

# SCHEDULE B
## EXCEPTIONS

1.  Real Property Taxes, if any, that may be due and owing.

    Tax Key:  (4) 2-6-005-014  C.P.R. 0028  Apt./Unit 209

    Tax Classification: VACATION RENTAL

    Street Address:  5050 LAWAI ROAD #209, KOLOA, HAWAII 96756

2.  Any and all matters not shown in the Indices described in Schedule A.

3.  Mineral and water rights of any nature.

4.  Location of the seaward boundary in accordance with the laws of the State of Hawaii and shoreline setback line in accordance with County regulation and/or ordinance and its effect, if any, upon the area of the land described herein.

5.  A 10-foot setback line along Lawai Beach Road.

6.  Excepting and reserving all such water rights and Konohiki rights as are or may be appurtenant to the land described herein.

7.  The terms and provisions contained in that certain GRANT OF SEWER-LINE EASEMENT dated October 22, 1974, recorded in Liber 10273 at Page 532.

8.  The terms and provisions contained in that certain GRANT OF NONEXCLUSIVE SEWER-LINE AND SEWAGE TREATMENT PLANT EASEMENTS dated November 27, 1974, recorded in Liber 10301 at Page 170, as amended by Relocation of Nonexclusive Sewer Line and Sewage Treatment Plant Easement dated December 7, 1990, recorded as Document No. 90-187830.

© Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813,  PH: (808) 533-6261
Page 2

SCHEDULE B CONTINUED

9.  The terms and provisions contained in the following:

    INSTRUMENT : DECLARATION OF HORIZONTAL PROPERTY REGIME FOR THE
                "KUHIO SHORES AT POIPU" CONDOMINIUM PROJECT

    DATED      : January 6, 1975
    RECORDED   : Liber 10384    Page 260
    MAP        : 397 and any amendments thereto

    Said Declaration was amended by instrument dated September 9,
    2016, recorded as Document No. A-61020707.


10. The terms and provisions contained in the following:

    INSTRUMENT : AMENDED AND RESTATED BYLAWS OF THE ASSOCIATION OF
                APARTMENT OWNERS OF KUHIO SHORES AT POIPU

    DATED      : September 19, 2012
    RECORDED   : Document No. A-46510896

    The foregoing Restated By-Laws restate the original By-Laws dated
    January 6, 1975, recorded in Liber 10384 at Page 260, and any
    amendments thereto.

    Said Amended and Restated ByLaws was amended by instrument dated
    September 9, 2016, recorded as Document No. A-61020707.


11. GRANT in favor of the COUNTY OF KAUAI, a municipal subdivision of
    the State of Hawaii, dated February 16, 1988, recorded in Liber
    22104 at Page 723; granting a nonexclusive easement for public
    pedestrian access for recreational purposes, and not for
    motorized, wheeled or other vehicular traffic of any kind, over
    and across that certain parcel of land defined as a six (6) foot
    wide strip running immediately inland of, adjacent to and
    parallel with the proposed seawall.

© Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261
Page 13

SCHEDULE B CONTINUED

12. GRANT in favor of COUNTY OF KAUAI, dated --- (acknowledged August 9, 2001, August 8, 2002 and August 27, 2002), recorded as Document No. 2002-160568; granting a non-exclusive easement for public pedestrian access for recreational purposes, and not for motorized, wheeled or other vehicular traffic of any kind, over and across Easement "A-1", containing an area of 95 square feet and being more particularly described therein.

13. LICENSE in favor of the COUNTY OF KAUAI dated --- (acknowledged July 30, 2001, August 9, 2002 and August 27, 2002), recorded as Document No. 2002-160575; granting a non-exclusive license for pedestrian ingress and egress purposes over and across Easement "A-2" containing an area of 448 square feet, and being more particularly described therein.

14. The terms and provisions contained in the following:

INSTRUMENT : APARTMENT DEED

DATED      : April 11, 1975
RECORDED   : Liber 10641  Page 44

15. TAX LIEN

BY       : REAL PROPERTY DIVISION, DEPARTMENT OF FINANCE, COUNTY OF KAUAI

AGAINST  : PACIFIC RIM PROPERTY SERVICE CORPORATION

DATED    : April 28, 1998
RECORDED : Document No. 98-060484
AMOUNT   : $2,205.68

© Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813,  PH: (808) 533-6261
Page 4

SCHEDULE B CONTINUED

16. TAX LIEN

    BY             :   REAL PROPERTY DIVISION, DEPARTMENT OF FINANCE,
                       COUNTY OF KAUAI

    AGAINST        :   PACIFIC RIM PROPERTY SVC

    DATED          :   February 27, 2006
    RECORDED       :   Document No. 2006-042353
    AMOUNT         :   $10,482.34

17. NOTICE OF LIEN

    IN FAVOR OF:   ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT
                   POIPU

    DATED          :   October 21, 2015
    RECORDED       :   Document No. A-57740870
    AMOUNT         :   $36,701.80

18. NOTICE OF DEFAULT AND INTENTION TO FORECLOSE

    DATED          :   acknowledged on December 23, 2015

    RECORDED       :   Document No. A-58350609

    FORECLOSING
    PARTY          :   ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT
                       POIPU, a Hawaii profit corporation

    RE             :   Foreclosure of Notice of Lien dated October 21,
                       2015, recorded as Document No. A-57740870

19. NOTICE OF PENDENCY OF ACTION

    PLAINTIFF      :   ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT
                       POIPU

    DEFENDANT      :   PACIFIC RIM PROPERTY SERVICE CORPORATION, a Hawaii
                       corporation; et. al.

    DATED          :   April 26, 2016

© Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261

```
FILED      :  Circuit Court of the Fifth Circuit, State of
              Hawaii, Case No. 16-1-0063, on April 28, 2016
RECORDED   :  Document No. A-59800850 on May 16, 2016
RE         :  Foreclosure of Notice of Lien dated October 21,
              2015, recorded as Document No. A-57740870
```

20. TAX LIEN

```
    BY         :  REAL PROPERTY TAX DIVISION, DEPARTMENT OF FINANCE,
                  COUNTY OF KAUAI

    AGAINST    :  PACIFIC RIM PROPERTY SVC

    DATED      :  December 29, 2017
    RECORDED   :  Document No. A-65910578
    AMOUNT     :  $30,029.99
```

21. NOTICE OF LIEN

```
    IN FAVOR OF: ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT
                 POIPU, by its Board of Directors

    DATED      :  March 20, 2019
    RECORDED   :  Document No. A-70250981
    AMOUNT     :  $183,769.15
```

22. PACIFIC RIM PROPERTY SERVICE CORPORATION has not yet submitted
proper information to the applicable state and/or country agency
for Good Standing status.

**END OF SCHEDULE B**

©Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261

## SCHEDULE C

-FIRST:-

Apartment No. 209 of the Condominium Project known as "KUHIO SHORES AT POIPU", as established by Declaration of Horizontal Property Regime dated January 6, 1975, recorded in the Bureau of Conveyances of the State of Hawaii in Liber 10384 at Page 260, and as shown on Condominium Map No. 397 and any amendments thereto.

Together with appurtenant easements as follows:

(A) The access corridors, access balconies and elevator lobbies on each floor on or above the second floor are restricted for the use of the apartments located on each of the respective floors.

(B) Non-exclusive easements in the common elements designed for such purposes for ingress to, egress from, utility services for, and support, maintenance and repair of said Apartment; in the other common elements for use according to their respective purposes.

-SECOND:-

An undivided 1.3054% interest in all common elements of the Project, including the land described herein, as established for said Apartment by said Declaration, or such other percentage hereafter established for said Apartment by any amendment of said Declaration, as tenant in common with the other owners and tenants thereof.

The land upon which said Condominium Project "KUHIO SHORES AT POIPU" is located is described as follows:

All of that certain parcel of land (being a portion of the land described in and covered by Royal Patent Number 6714, Land Commission Award Number 7714-B to Kekuaiwa) situate, lying and being at Koloa, Island and County of Kauai, State of Hawaii, being LOT 5-B of a portion of Lot 5, and containing an area of 75,002 square feet, as more particularly described as per survey of Masao Kutaka, Registered Professional Surveyor, dated November 1971.

B201821181
© Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261

SCHEDULE C CONTINUED

Together with that certain sewerline easement, granted by instrument dated October 22, 1974, recorded in Liber 10273 at Page 532.

Together, also, with that certain nonexclusive sewerline and sewage treatment plant easements, designated as Easements "S-4" and "S-5", as granted by Grant of Nonexclusive Sewer-line and Sewage Treatment Plant Easements dated November 27, 1974, recorded in Liber 10301 at Page 170, as amended by Relocation of Nonexclusive Sewer Line and Sewage Treatment Plant Easement dated December 7, 1990, recorded as Document No. 90-187830.

Said parcels of land being more particularly described in Declaration of Horizontal Property Regime dated January 6, 1975, recorded in said Bureau of Conveyances in Liber 10384 at Page 260.

BEING THE PREMISES ACQUIRED BY SPECIAL TRUSTEE'S DEED

GRANTOR    :  AMERICAN TRUST CO. OF HAWAII, INC., a corporation
              of Hawaii, as Trustee under Trust Agreement No. 90-
              01845, and Trust dated November 21, 1984

GRANTEE    :  PACIFIC RIM PROPERTY SERVICE CORPORATION

DATED      :  --- (acknowledged March --, 1994)
RECORDED   :  Document No. 94-081410

**END OF SCHEDULE C**

Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261
Page 8

## GENERAL NOTES

1. There is hereby omitted from any covenants, conditions and reservations contained herein any covenant or restriction based on race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law. Lawful restrictions under state or federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.

201921281

© **Title Guaranty of Hawaii, LLC**
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261
Page 9

# SCHEDULE D

## CONDITIONS AND STIPULATIONS

1. This Status Report (which term shall include any revisions thereto) is a report of the record title only, based solely upon an abstract and examination of the Indices described in Schedule A as of the date of the Report. No responsibility is assumed for (a) matters which may affect the title but either were not disclosed or were incorrectly disclosed in said indices at the date hereof; or (b) matters created, suffered, assumed, or agreed to by Purchaser; or (c) matters not shown herein but actually know to Purchaser. Title Guaranty of Hawaii, Inc. (the "Company") makes no representation as to the legal effect, validity or priority of matters shown or referred to herein.

2. If the Report is incorrect in any respect, the responsibility of the Company shall be limited to the resulting actual loss, including any attorney's fees and legal costs, but in no event shall exceed the lesser of $3,500 or two times the amount paid for the Report. Upon payment of any loss hereunder, the Company shall be subrogated to all rights the Purchaser may have against any person or property as a result of such loss.

3. If the Purchaser of this Report shall suffer an actual loss by reason of the incorrectness of the Report, the Purchaser shall promptly notify the Company in writing. After receipt of such notice, the Company shall be allowed a reasonable time in which to investigate the claim. At its sole option, the Company may litigate the validity of the claim, negotiate a settlement or pay to Purchaser the amount the Company is obligated to pay under this Report. The Company's responsibility hereunder constitutes indemnity only and nothing herein shall obligate the Company to assume the defense of the Purchaser with respect to any claim made hereunder.

4. This report is the entire contract between the Purchaser and the Company and any claim by Purchaser against the Company, arising hereunder, shall be enforceable only in accordance with the provisions herein.

5. Notice required to be given the Company shall include the Order Number of this Report and shall be addressed to Title Guaranty of Hawaii, Inc., P.O. Box 3084, Honolulu, HI 96802, Attention: Legal Department.

© Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261
Page 10

```
DATE PRINTED:  4/23/2019

           STATEMENT OF ASSESSED VALUES AND REAL PROPERTY TAXES DUE

                              TAX MAP KEY

            DIVISION  ZONE  SECTION  PLAT  PARCEL  HPR NO.
              (4)      2      6      005    014    0028

       CLASS: VACATION RENTAL              AREA ASSESSED:          SF


     ASSESSED VALUES FOR CURRENT YEAR TAXES:  2018


     The records of this division show the assessed values and taxes on
     the property designated by Tax Key shown above are as follows:


             TOTAL ASSESSED VALUE  $       738,700
                  TOTAL EXEMPTION  $             0

                  TOTAL NET VALUE  $       738,700

   Installment  (1 - due 8/20;  2 - due 2/20)    Tax Info As Of -   2/20/2019

   Tax  Installment Tax      Penalty     Interest      Other        Total
   Year            Amount     Amount      Amount      Amount       Amount

   2018  2   3,638.10        363.81        80.04                  4,081.95   DELINQUENT
   2018  1   3,638.10        363.81       320.15                  4,322.06   DELINQUENT
   2017  2   3,160.78        316.08       486.76                  3,963.62   DELINQUENT
   2017  1   3,160.78        316.08       695.37                  4,172.23   DELINQUENT
   2016  2   3,168.74        316.87       906.26                  4,391.87   DELINQUENT
   2016  1   3,168.75        316.88     1,115.40                  4,601.03   DELINQUENT
   2015  2   3,320.96        332.10     1,388.16                  5,041.22   DELINQUENT
   2015  1   3,320.97        332.10     1,607.35                  5,260.42   DELINQUENT
   2014  2   3,120.07        312.01     1,716.04                  5,148.12   DELINQUENT
   2014  1   3,120.07        312.01     1,921.96                  5,354.04   DELINQUENT

                              Total Amount Due:      46,336.56

   Penalty and Interest Computed to:  2/20/2019



   The real property tax information provided is based on information furnished by the respective
   counties, is deemed reliable but not guaranteed, and no warranties are given express or
   implied. Billing and tax collection details may have changed. Please refer to the appropriate
   county real property tax offices for any further information or updates for the subject property.
```

© Title Guaranty of Hawaii, LLC
235 QUEEN ST., HONOLULU, HAWAII 96813, PH: (808) 533-6261

# EXHIBIT "B"



Dept of Commerce & Consumer Affairs
STATE OF HAWAII

P13 00104854   15- 3/31/95   50.00

## ARTICLES OF INCORPORATION OF
## NORTH PACIFIC RIM PROPERTY SERVICE CORPORATION

Q9214D1

### ARTICLE I

The name of the corporation shall be North Pacific Rim Property Service Corporation

### Article II

The mailing address of the initial or principal office of the corporations is   Suite 206, 350 Ward Ave , Honolulu, HI 96814

### Article III

(A ) The corporation is organized for and shall engage in any and all activities permitted by the Laws of the State of Hawaii, including, but not limited to the ownership of real and tangible personal property for the use of the shareholder's of the company and others as may be permitted from time to time by the by-laws of the corporation or the corporation's board of directors, and,

(B ) The transaction of any or all lawful business for which corporations may be incorporated under Chapter 415, Hawaii Revised Statutes

### Article IV

The shareholders and the stock of the corporation shall have no preemptive rights

### Article V

The initial board of directors shall consist of one member whose name and residence address is, as follows  Vivian T Lord and such person's address is 5050 Lawaii Beach Road, Koloa, HI 96756

The initial Board of Directors shall serve as Directors until the first annual meeting of shareholders or until their successors are duly elected and qualified as provided in the By-laws

All the power and authority of the corporation shall be vested in and may be exercised by the Board of Directors except as otherwise provided by law, these Articles of Incorporation or the By-Laws of the corporation

### Article VI

The corporation shall be authorized to issue an aggregate of 100,000 shares of common stock only, no par value

Article VII

DEPARTMENT OF COMMERCE
AND CONSUMER AFFAIRS
STATE OF HAWAII
Filed on
MARCH 17, 1995

## EXHIBIT "B"

# 1396310

Pacific Rim Property Service Corporation
Articles of Incorporation
Page -2-

The person identified in Article V shall subscribe for 1,000 of such shares for One Dollar each ($1 00), or a total of One Thousand Dollars ($1,000 00)

Article VIII

The officers of the corporation shall be Vivian T Lord and such person's address is 5050 Lawaii Beach Road, Koloa, HI 96756, a President, one or more Vice-President, Secretary, and Treasurer who shall be appointed by the Board of Directors as shall be prescribed by the By-Laws

The following individual is the initial officers of the corporation

| Office Held | Name | Residence Address |
|---|---|---|
| President | Vivian T Lord | 5050 Lawaii Beach Road, Koloa, HI 96756 |
| Vice-President | Vivian T Lord | 5050 Lawaii Beach Road, Koloa, HI 96756 |
| Secretary | Vivian T Lord | 5050 Lawaii Beach Road, Koloa, HI 96756 |
| Treasurer | Vivian T Lord | 5050 Lawaii Beach Road, Koloa, HI 96756 |

I certify that I have read the above statements and the same are true and correct to the best of our knowledge and belief

*Witness my hand this 9th day of March, 1995*

Vivian T Lord

C \WP\WORLD\ARTICLES INC

# EXHIBIT "C"

FILED 01/23/2002 08:11 AM
Business Registration Division
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
State of Hawaii

**FORM DC-2**
7/2001




**STATE OF HAWAII**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**Business Registration Division**
1010 Richards Street
Mailing Address: P.O Box 40, Honolulu, Hawaii 96810

## ARTICLES OF AMENDMENT TO CHANGE CORPORATE NAME
(Section 414-285, Hawaii Revised Statutes)

99214D1

*PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK*

The undersigned, duly authorized officer of the corporation submitting these Articles of Amendment, certifies as follows

1. The present name of the corporation is.

   North Pacific Rim Property Service Corporation

2. The name of the corporation is changed to:

   Pacific Rim Property Service Corporation

3. The total number of shares outstanding is.    1,000

4. The amendment to change the corporation name was adopted (check one):

   ☐ at a meeting of the shareholders held on _____
   (Month)          (Day)          (Year)

| Class/Series | Total Number of Votes Entitled to be Cast | Number of Votes Cast For Amendment | Number of Votes Cast Against Amendment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

OR

☑ by written consent dated ___ January 12, 2002 ___ which all of the shareholders signed
(Month)  (Day)  (Year)

The undersigned certifies under the penalties of Section 414-20, Hawaii Revised Statutes, that the undersigned has read the above statements and that the same are true and correct.

Signed this   15th   day of _____ January _____ 2002

_____ Vivian T. Lord, Secretary _____          Vivian T. Lord
(Type/Print Name & Title)                              (Signature of Officer)

SEE INSTRUCTIONS ON REVERSE SIDE  The articles must be signed by at least one officer of the corporation.

# EXHIBIT "C"

01/24/200220042

# EXHIBIT "D"

# Non-Criminal Case Information

| | | | | | |
|---|---|---|---|---|---|
| Case ID | 5LP181000079 | Case Title | ESTATE OF VIVIAN TURNER LORD | | |
| Initiation Type | L | Initiation Date | 09/04/2018 | Initiator I.D. | APS |
| Conf. Code | N | Division | 5C01 | Court | C |

| Case Info | **Party List** | Document List | Court Minutes List |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Cause of Action | INFOR. PROBATE | | | Nature of Action | 03021 |
| Cons Code | | Trial Type | | Trial Judge | JRVALENCIA |
| Section Code | | Court Costs | 0 | Lower Crt Cs | |
| Case Disp | | Case Term | | Cs Term Dt | |
| Orig. Agency | | Tax Dist. | | Tax App Src | |
| Gn Ex Tx Amt | 0.00 | Gn Ex Tx No | | Tax Key | |
| Property Loc | | | | | |
| Comments | | | | | |

| Seq | Name | Party Type | Open Date | Party Status |
|---|---|---|---|---|
| 1 | LORD, VIVIAN TURNER | DC | 09/04/2018 | |

| Seq | Attorney I.D. | Type | Status | Attorney Name |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Amt Pr For | | Attorney's Fee | | Amt. Awarded | |
| Attrny Comm | | Interest | | Sheriff's Fee | |
| Notary Fee | | Court Costs | | Mileage Fee | |
| Comments | | | | | |

| Seq | Name | Party Type | Open Date | Party Status |
|---|---|---|---|---|
| 2 | GILLIAM, WILLIAM H. | AP | 09/04/2018 | |

| Seq | Attorney I.D. | Type | Status | Attorney Name |
|---|---|---|---|---|
| 1 | APS | PS | A | PRO SE |

Case ID: 5LP181000079   Case Title: ESTATE OF VIVIAN TURNER LORD

# EXHIBIT "D"

| Amt Pr For | Attorney's Fee | Amt. Awarded |
| Attrny Comm | Interest | Sheriff's Fee |
| Notary Fee | Court Costs | Mileage Fee |
| Comments | | |

| Seq | Doc Type | Document Title | Date/Time | Filing Party |
|-----|----------|----------------|-----------|--------------|
| ➤❤ 1 | | APPLICATION FOR INFORMAL PROBATE OF WILL AND FOR INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE | 09/04/2018 14:36 | PRO SE |

| Volume Number | | Case Folder Pg | |
| Comments | | | |

| Seq | Doc Type | Document Title | Date/Time | Filing Party |
|-----|----------|----------------|-----------|--------------|
| ➤❤ 2 | | LAST WILL AND TESTAMENT OF VIVIAN T. LORD | 09/04/2018 14:38 | PRO SE |

| Volume Number | | Case Folder Pg | |
| Comments | | | |

| Seq | Doc Type | Document Title | Date/Time | Filing Party |
|-----|----------|----------------|-----------|--------------|
| ➤❤ 3 | | STATEMENT OF AUTHORIZING NOTICE OF INFORMAL APPLICATION TO INTERESTES PARTIES | 09/04/2018 14:42 | PRO SE |

| Volume Number | | Case Folder Pg | |
| Comments | | | |

| App Type | Loc | Type | Date/Time | Phase | App Desc | App Disp |
|----------|-----|------|-----------|-------|----------|----------|

# Non-Criminal Case Information

| Case ID: 5LP181000079 | Case Title:  ESTATE OF VIVIAN TURNER LORD | |
|---|---|---|
| Initiation Type: L | Initiation Date: 09/04/2018 | Initiator I.D.: APS |
| Confidential Code: N | Division: 5C01 | Court: C |
| Cause of Action: INFOR. PROBATE | | Nature of Action: 03021 |
| Consolidation Code: | Trial Type: | Trial Judge: JRVALENCIA |
| Section Code: | Court Costs: 0 | Lower Court Case: |
| Case Disposition: | Case Termination: | Case Term. Date: |
| Orig. Agency: | Taxation Dist: | Tax Appeal Source: |
| Gen Ex Tax Amt: 0.00   Case Title: ESTATE OF VIVIAN TURNER LORD | Gen Ex Tax Nbr: | Tax Key: |

**Property Location:**

**Comments:**

## Party List

| | |
|---|---|
| **Seq: 1** | **Name:** LORD, VIVIAN TURNER |

| | | |
|---|---|---|
| **Party Type:** DC | **Open Date:** 09/04/2018 | |
| **Amt. Prayed For:** | **Attorney's Fee:** | **Amt. Awarded:** |
| **Attorney Commission:** | **Interest:** | **Sheriff's Fee:** |
| **Notary Fee:** | **Court Costs:** | **Mileage Fee:** |
| **Comments:** | | |

| | |
|---|---|
| **Seq: 2** | **Name:** GILLIAM, WILLIAM H. |

| | | |
|---|---|---|
| **Attorney Seq:** 1 | **Attorney Name:** PRO SE | |
| **Attorney I.D.:** APS | **Type:** PS | **Status:** A |

| | | |
|---|---|---|
| **Party Type:** AP | **Open Date:** 09/04/2018 | |
| **Amt. Prayed For:** | **Attorney's Fee:** | **Amt. Awarded:** |
| **Attorney Commission:** | **Interest:** | **Sheriff's Fee:** |
| **Notary Fee:** | **Court Costs:** | **Mileage Fee:** |
| **Comments:** | | |

## Document List

| | | |
|---|---|---|
| **Seq: 1** | **Document Title:** | APPLICATION FOR INFORMAL PROBATE OF WILL AND FOR INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE |

| | |
|---|---|
| **Doc Type:** | **Date/Time:** 09/04/2018 14:36 |
| **Filing Party:** PRO SE | |
| **Volume Number:** | **Case Folder Pg:** |
| **Comments:** | |

| | | |
|---|---|---|
| **Seq: 2** | **Document Title:** | LAST WILL AND TESTAMENT OF VIVIAN T. LORD |

| | |
|---|---|
| **Doc Type:** | **Date/Time:** 09/04/2018 14:38 |
| **Filing Party:** PRO SE | |
| **Volume Number:** | **Case Folder Pg:** |
| **Comments:** | |

| | | |
|---|---|---|
| **Seq: 3** | **Document Title:** | STATEMENT OF AUTHORIZING NOTICE OF INFORMAL APPLICATION TO INTERESTES PARTIES |

| | |
|---|---|
| **Doc Type:** | **Date/Time:** 09/04/2018 14:42 |
| **Filing Party:** PRO SE | |
| **Volume Number:** | **Case Folder Pg:** |
| **Comments:** | |

## Court Minutes List

**Case ID:** 5LP181000079    **Case Title:** ESTATE OF VIVIAN TURNER LORD

# Non-Criminal Case Information

| | | | |
|---|---|---|---|
| Case ID | 5LP181000079 | Case Title | ESTATE OF VIVIAN TURNER LORD |
| Initiation Type | L | Initiation Date | 09/04/2018 |
| Conf. Code | N | Division | 5C01 |

Initiator I.D.  APS

Court  C

Case Info          Party List          **Document List**          Court Minutes List

| Seq | Doc Type | Document Title | Date/Time | Filing Party |
|---|---|---|---|---|
| ❯ 1 | | APPLICATION FOR INFORMAL PROBATE OF WILL AND FOR INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE | 09/04/2018 14:38 | PRO SE |
| ❯ 2 | | LAST WILL AND TESTAMENT OF VIVIAN T. LORD | 09/04/2018 14:38 | PRO SE |
| ❯ 3 | | STATEMENT OF AUTHORIZING NOTICE OF INFORMAL APPLICATION TO INTERESTES PARTIES | 09/04/2018 14:42 | PRO SE |

# EXHIBIT "E"

**99214D1**



# Department of Commerce and Consumer Affairs

CERTIFICATE OF ADMINISTRATIVE DISSOLUTION

I, KEALI'I S. LOPEZ, Director of Commerce and Consumer Affairs of the State of Hawaii, do hereby certify that the corporation listed on the attached letter from this Department, dated October 5, 2012, was dissolved administratively by Decree of the Director of Commerce and Consumer Affairs on December 4, 2012, for failure to file an annual report for a period of two years or remit fees as required by law.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Department of Commerce and Consumer Affairs, at Honolulu, State of Hawaii, effective the 4th day of December, 2012.

_____
Director of Commerce and Consumer
Affairs

By _____
Commissioner of Securities



**EXHIBIT "E"**

01/08/2013 18623

99214D1

State of Hawaii
Department of Commerce and Consumer Affairs
Business Registration Division
335 Merchant Street
Mailing Address:  P. O. Box 40, Honolulu, Hawaii 96810
Telephone (808) 586-2727
October 05, 2012


PACIFIC RIM PROPERTY SERVICE CORPORATION
3-2600 KAUMUALII STE B18-440
LIHUE HI 96766


NOTICE OF DELINQUENCY AND INTENTION TO DISSOLVE CORPORATION

Our records indicate that you are delinquent in filing your
annual corporation report(s) as required by Section 414-472,
Hawaii Revised Statutes (HRS).

Please file your annual report(s) together with the fee(s) and
penalties for the following:

| Filing Year | Fees | Penalty | Total |
|-------------|------|---------|-------|
| 2010 | $0 | $0 | $0 |
| 2011 | $0 | $0 | $0 |
| 2012 | $15 | $10 | $25 |
| | | **Total** | **$25** |


Due Date:  December 04, 2012, at 4:00 P.M.

Unless all delinquent annual reports are filed in this
department by the due date together with the filing fees and
penalties, your company shall be administratively dissolved by the
Director of Commerce and Consumer Affairs as provided by
Section 414-401, HRS.

01/08/2013 18623

# EXHIBIT "F"

FILED 12/02/2013 11:31 AM
Business Registration Division
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
State of Hawaii

Internet FORM DC-1
1030201348408 7/2010

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
Business Registration Division
335 Merchant Street
Mailing Address: P.O. Box 40, Honolulu, Hawaii 96810
Phone No.(808) 586-2727

**ARTICLES OF INCORPORATION**
(Section 414-32 Hawaii Revised Statutes)

*PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK*

The undersigned, for the purpose of forming a corporation under the laws of the State of Hawaii, do hereby make and execute these Articles of Incorporation:

I

The name of the corporation shall be :
**PACIFIC RIM PROPERTY SERVICE CORPORATION**

(The name must contain the word Corporation, Incorporated, or Limited or the abbreviation Corp. Inc. or Ltd.)

II

The mailing address of the corporation's initial principal office is:
**9450 SW GEMINI DR, ECM 38146, BEAVERTON, OR 97008 USA**

III

The corporation shall have and continuously maintain in the State of Hawaii a registered agent who shall have a business address in this State. The agent may be an individual who resides in this State, a domestic entity or a foreign entity authorized to transact business in this State.

a. The name (and state or country of incorporation, formation or organization, if applicable) of the corporation's registered agent in the State of Hawaii is:

**BEXBACH NORTH AMERICA LLC**                    **HAWAII**

(Name of Registered Agent)                         (State or Country)

b. The street address of the place of business of the person in State of Hawaii to which service of process and other notice and documents being served on or sent to the entity represented by it may be delivered to is:
**3-2600 KAUMUALII HWY, 1300-440, LIHUE, HI 96766 USA**

IV

The number of common shares all of the same class which the corporation shall have authority to issue is:

**1,000**

# EXHIBIT "F"

www.BusinessRegistrations.com

**FORM DC-1**
7/2010

v

The name and address of each incorporator is:

B·G

| Name | Address |
|---|---|
| Bill Gilliam | 9450 SW Gemini Dr., ECM 38146 |
| | Beaverton OR 97008 |

I certify that I have read the above statements, I am authorized to sign this Articles of Incorporation, and that the above statements are true and correct to the best of my knowledge and belief.

Signed this ____ day of _December_ , 2013

Bill Gilliam

(Type/Print Name of Incorporator)                    (Type/Print Name of Incorporator)

(Signature of Incorporator)                    (Signature of Incorporator)

SEE INSTRUCTIONS PAGE. The articles must be signed by at least one individual (incorporator)

# EXHIBIT "G"

Of Counsel:
PORTER MCGUIRE KIAKONA & CHOW, LLP

CHRISTIAN P. PORTER        3744-0
H. MAXWELL K. KOPPER       9601-0
FOREST B. JENKINS          9761-0
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No.: (808) 539-1100
Facsimile No.: (808) 539-1189
Email: cporter@HawaiiLegal.com
       mkopper@HawaiiLegal.com
       fjenkins@HawaiiLegal.com

Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS
OF KUHIO SHORES AT POIPU

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC RIM PROPERTY SERVICE CORPORATION, a Hawaii Corporation; VIVIAN T. LORD; DIRECTOR OF FINANCE, COUNTY OF KAUAI; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants.<br><br>PACIFIC RIM PROPERTY SERVICE CORPORATION,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU,<br><br>Counterclaim Defendant. | CIVIL NO. 16-1-0063 (KNAW) (Foreclosure)<br><br>**ORDER GRANTING PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR APPOINTMENT OF RECEIVER**<br><br><u>HEARING</u><br>DATE:  Tuesday, August 7, 2018<br>TIME:  1:30 P.M.<br>JUDGE:  Honorable Kathleen N.A. Watanabe<br><br>(No Trial Date Set) |

RECEIVED

OCT 2 2 2018

PORTER McGUIRE KIAKONA & CHOW, LLP

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, Circuit Court, Fifth Circuit

**EXHIBIT "G"**

## ORDER GRANTING PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR APPOINTMENT OF RECEIVER

PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR APPOINTMENT OF RECEIVER ("Plaintiff's Motion"), came on for hearing before the Honorable Kathleen N.A. Watanabe on August 7, 2018 at 1:30 p.m. Forest B. Jenkins appeared on behalf of Plaintiff Association of Apartment Owners of Kuhio Shores at Poipu. Andrew D. Chianese appeared behalf on Defendant and Counterclaim Plaintiff Pacific Rim Property Service Corporation. The law firm of Chong, Nishimoto, Sia, Nakamura & Goya, LLP filed COUNTERCLAIM DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S STATEMENT OF NO POSITION AND NON APPEARANCE REGARDING PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION TO APPOINT RECEIVER FILED JUNE 26, 2018, on August 1, 2018. This Court, having reviewed and considered PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR APPOINTMENT OF RECEIVER ("Plaintiff's Motion"), the memoranda in opposition to the Motion, the reply brief, all declarations and exhibits thereto, and the record and file of the case,

WHERERFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is granted.

1.     George R. Robinson, whose address is, P.O. Box 430, Kealakekua, HI 96750 and whose telephone number is (808) 224-0638, is hereby appointed as Receiver by this Court to act on behalf of Pacific Rim Property Service Corporation ("Receivership Entity"), the domestic profit company with file number 99214D1 with the Department of Commerce and Consumer Affairs for the State of Hawaii, for the purposes of assisting in all acts that are necessary for the final settlement of the unfinished business of the Receivership Entity to the extent allowed under HRS § 414-422 and Hawaii law, and for purposes of determining the legal owner of Unit 209 of the Condominium Project known as Kuhio Shores at Poipu with the

2

property address of 5050 Lawai Road, Apt. 209, Koloa, Hawaii 96756, TMK: (4) 2-6-005-014, CPR No. 0028 (the "Property").

2.      The Receiver is hereby authorized to take and have possession of the assets, monies, securities, and properties, real and personal, tangible and intangible, of whatever kind and description of the Receivership Entity and the books, records, computers and documents, including every writing of any kind, type and description or other instrument or device by which, through or upon which information has been recorded or preserved, including but not limited to memoranda, notes, letters, bank records, deeds, conveyance documents, trusts, wills, statements, checks, wire instructions and confirmations, electronic and digital media of all types, and any other documents pertaining to the current legal owner of the Property (the materials described with this paragraph shall be referred to as "Receivership Records").

3.      The Receiver is further authorized and directed to act on behalf of the Receiver Entity and take all actions necessary pertaining to the above captioned lawsuit (the "Lawsuit") and with regard to the Property, including, but not limited to, ascertaining any person(s) or entity entitled to ownership of any assets, debts, and/or shares of the Receivership Entity; ascertaining the legal owner(s) of the Property; ensuring conveyance of the Property to its lawful owner(s); taking all actions necessary to properly notify the lawful owner(s) of the Property of the Lawsuit; and if necessary and only upon application with this Court acting on behalf of the Receiver Entity in the Lawsuit, or seeking application with this Court for substitution as a real party in interest in the Lawsuit to act on behalf of the Receiver Entity.

4.      All persons or entities, including, but not limited to, brokers, officers, agents, trustees, escrow agents, attorneys, banks, government entities, financial or depository institutions, and anyone affiliated with the Receivership Entity, holding Receivership Records upon receipt of this Order shall promptly deliver to the Receiver all Receivership Records.

3

5.      The Receiver shall have the right to engage professionals to carry out the duties and obligations herein, however the engagement of any professionals shall be subject to approval from this Court upon application from the Receiver.

6.      Except for an act of gross negligence or intentional misconduct, the Receiver and all persons engaged or employed by him shall not be liable for any loss or damage incurred by any person or entity by reason of any act performed or omitted to be performed by the Receiver or those engaged or employed by him in connection with the discharge of their duties and responsibilities in connection with the receivership.

7.      The Court shall determine the amount of the fee of the Receiver. The Receiver shall file an accurate accounting of receipts, expenses and distributions with the Court for approval. The Receiver shall be compensated from the assets of the Receivership Entity to the extent allowed under Hawaii law. If the assets of the Receivership Entity are insufficient to compensate the Receiver, the parties responsible for payment of compensation for the Receiver shall be allocated by this Court upon application by the Receiver or any party in the Lawsuit.

8.      The Receiver shall be authorized, if the Receiver deems it necessary and advisable, to make ordinary and necessary payments, distributions, settle claims, debts or engage in other reasonable activities to settle any unfinished business of the Receivership Entity as authorized under HRS § 414-422 or Hawaii law by utilizing the assets of the Receivership Entity. Prior to taking any the actions described in Paragraph 8 herein, the Receiver shall file a preliminary report setting out the identity, location, and value of the Receivership Entity's assets, debts, real and intangible property, and liabilities with this Court. The preliminary report shall also contain the identity of the legal owner of the Property. The Receiver must also submit a proposed plan prior to engaging in the acts authorized in Paragraph 8 herein with the Court and seek Court approval.

4

9.      If a Commissioner is eventually required in this Lawsuit, the Receiver may be authorized to carry out the necessary duties and obligations of a Commissioner, subject to prior application and approval by this Court.

10.     The Court recognizes that a new Pacific Rim Property Service Corporation was registered with the Department of Commerce and Consumer Affairs for the State of Hawaii on December 2, 2013 under File Number 241082D1 ("New Corporation"). The Court recognizes that William Gilliam claims to be the legal owner of the Property and President of the New Corporation. If upon application to this Court, William Gilliam or the New Corporation is able to provide a legal conveyance document conclusively establishing legal ownership of the Property, then this Court will consider discharging the Receiver from the duties and obligations set forth herein.

DATED: Lihue, Hawaii, _____**OCT 1 9 2018**_____.

(SEAL) KATHLEEN N.A. WATANABE

_____
HONORABLE KATHLEEN N.A. WATANABE

APPROVED AS TO FORM:

_____
TERRANCE M. REVERE
ANDREW D. CHIANESE

Attorneys for Defendant/Counterclaim Plaintiff
PACIFIC RIM PROPERTY SERVICE CORPORATION

_____
JEFFREY H.K. SIA
DOROTHY P.H. MEISNER

Attorneys for Counterclaim Defendant
ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU

ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU v. PACIFIC RIM PROPERTY
SERVICE CORPORATION, et. al.; Civil No. 16-1-0063; **ORDER GRANTING PLAINTIFF ASSOCIATION OF
APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR APPOINTMENT OF RECEIVER**

5

# EXHIBIT "H"

FILED

2019 OCT -2 AM 10: 54

5ᵀᴴ CIRCUIT COURT
STATE OF HAWAII

DOREENA OLIVAS BRUN
CLERK

Of Counsel:
PORTER MCGUIRE KIAKONA & CHOW, LLP

CHRISTIAN P. PORTER     3744-0
H. MAXWELL K. KOPPER     9601-0
FOREST B. JENKINS     9761-0
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No.: (808) 539-1100
Facsimile No.: (808) 539-1189
Email: cporter@HawaiiLegal.com
       mkopper@HawaiiLegal.com
       fjenkins@HawaiiLegal.com

Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS
OF KUHIO SHORES AT POIPU

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC RIM PROPERTY SERVICE CORPORATION, a Hawaii Corporation; VIVIAN T. LORD; DIRECTOR OF FINANCE, COUNTY OF KAUAI; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, <br><br> Defendants. <br><br>—————————————————— <br><br> PACIFIC RIM PROPERTY SERVICE CORPORATION, <br><br> Counterclaim Plaintiff, <br> vs. <br><br> ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU, <br><br> Counterclaim Defendant. | CIVIL NO. 16-1-0063 (KNAW) (Foreclosure) <br><br> **ORDER GRANTING PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR INSTRUCTIONS FOR THE RECEIVER** <br><br> HEARING <br> DATE:   Tuesday, August 20, 2019 <br> TIME:    1:30 P.M. <br> JUDGE: Honorable Kathleen N.A. <br>           Watanabe <br><br> (No Trial Date Set) |

I do hereby certify that this is a full, true
and correct copy of the original on file in
this office.

Clerk, Circuit Court, Fifth Circuit

**EXHIBIT "H"**

## ORDER GRANTING PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR INSTRUCTIONS FOR THE RECEIVER

PLAINTIFFASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR INSTRUCTIONS FOR THE RECEIVER ("Plaintiff's Motion"), came on for hearing before the Honorable Kathleen N.A. Watanabe on August 20, 2019 at 1:30 p.m. Forest B. Jenkins appeared on behalf of Plaintiff Association of Apartment Owners of Kuhio Shores at Poipu. Dorothy Meisner appeared on behalf of Counterclaim Defendant Association of Apartment Owners of Kuhio Shores at Poipu.

This Court, having reviewed and considered Plaintiff's Motion, Defendant/Counterclaim Plaintiff Pacific Rim Property Service Corporation's Memorandum in Opposition to Plaintiff Association of Apartment Owners of Kuhio Shores at Poipu's Motion for Instructions for the Receiver Filed May 17, 2019, filed July 2, 2019 and Counterclaim Defendant Association of Apartment Owners of Kuhio Shores at Poipu's Joinder to Plaintiff Association of Apartment Owners of Kuhio Shores at Poipu's Motion for Instructions for the Receiver Filed May 17, 2019, and the record and file of the case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED in its entirety.

1.     The court-appointed receiver George R. Robinson ("Receiver") is hereby authorized and instructed to sell the property located at 5050 Lawai Road, Apt. 209, Koloa, Hawaii 96756, TMK: (4) 2-6-005-014, CPR No. 0028 ("Property").

2.     The Receiver is authorized to settle the debts of Pacific Rim Property Service Corporation, the domestic profit company with file number 99214D1 with the Department of Commerce and Consumer Affairs for the State of Hawaii ("Receivership Entity"), including, but not limited to, settling the delinquency owed to the Association of Apartment Owners of Kuhio Shores at Poipu ("Association") on the Property.

2

3.    The Receiver is entitled to the exclusive and immediate possession of the

Property along with issuance of a writ of possession effective forthwith.

4.    The Receiver is instructed to settle the Receivership Entity's debts and ultimately

hold the Receivership Entity's remaining assets in a trust account for whoever is legally entitled

to such assets.

This Order may be signed in counterparts by the attorneys for the parties herein.

WHEREREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

Plaintiff's Motion is granted.

DATED: Lihue, Hawaii, _____OCT - 2 2019_____.

( SEAL ) KATHLEEN N.A. WATANABE
_____
HONORABLE KATHLEEN N.A. WATANABE

APPROVED AS TO FORM:

_____
TERRANCE M. REVERE
PAUL V.K. SMITH
Attorneys for Defendant/Counterclaim Plaintiff
PACIFIC RIM PROPERTY SERVICE CORPORATION

_____
JEFFREY H.K. SIA
DOROTHY P.H. MEISNER
Attorneys for Counterclaim Defendant
ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU

ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU v. PACIFIC RIM PROPERTY
SERVICE CORPORATION, et al.; Civil No. 16-1-0063; **ORDER GRANTING PLAINTIFF ASSOCIATION OF
APARTMENT OWNERS OF KUHIO SHORES AT POIPU'S MOTION FOR INSTRUCTIONS FOR THE RECEIVER**

3

# EXHIBIT "I"

Of Counsel:
PORTER MCGUIRE KIAKONA & CHOW, LLP

CHRISTIAN P. PORTER          3744-0
H. MAXWELL K. KOPPER         9601-0
FOREST B. JENKINS            9761-0
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No.: (808) 539-1100
Facsimile No.: (808) 539-1189
Email:  cporter@HawaiiLegal.com
        mkopper@HawaiiLegal.com
        fjenkins@HawaiiLegal.com

Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS
OF KUHIO SHORES AT POIPU

## IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

### STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC RIM PROPERTY SERVICE CORPORATION, a Hawaii Corporation; VIVIAN T. LORD; DIRECTOR OF FINANCE, COUNTY OF KAUAI; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; AND DOE GOVERNMENTAL UNITS 1-10, <br><br> Defendants. <br><br>———————————————— <br><br> PACIFIC RIM PROPERTY SERVICE CORPORATION, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU, <br><br> Counterclaim Defendant. | CIVIL NO. 16-1-0063 (KNAW) <br> (Foreclosure) <br><br> **WRIT OF POSSESSION** <br><br> (No Trial Date Set) |

**EXHIBIT "I"**

*I do hereby certify that the foregoing is a full, true and correct copy of the original as issued.*

Clerk, Circuit Court, Fifth Circuit
State of Hawaii

## WRIT OF POSSESSION

THE STATE OF HAWAII:

To:    The Sheriff of the State of Hawaii, his deputy or any police officer authorized by the laws of the State of Hawaii.

PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU ("Plaintiff"), on August 20, 2019, before the undersigned Judge of the above-entitled Court, obtained an Order Granting Plaintiff's Motion for Instructions to Receiver, Declaring the receiver, George R. Robinson, is entitled to exclusive and immediate possession of Unit 209 of the Condominium Project known as Kuhio Shores at Poipu with the property address of 5050 Lawai Road, Apt. 209, Koloa, Hawaii 96756, TMK: (4) 2-6-005-014, CPR No. 0028 (the "Property").

NOW, YOU ARE COMMANDED TO REMOVE Mr. William Gilliam, including his personal belongings and properties and anyone claiming by, through or under them, and any and all persons occupying the above Premises, pursuant to this Writ of Possession effective forthwith, including their personal belongings and property, and to put receiver GEORGE R. ROBINSON, or his designee, in full possession thereof; and make due return of the writ.

DATED: Lihue, Hawaii, _____OCT – 2 2019_____.

SEAL   KATHLEEN N.A. WATANABE

_____
HONORABLE KATHLEEN N.A. WATANABE

# EXHIBIT "J"

Property Address:

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL,   Acct. No.: ▆▆▆▆▆
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

Print Date:    January 16, 2020

-- Prepared By -- Hawaiiana
Management Company, Ltd.

Page 1 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| **September 2016** | **Beginning Balance** | | | | | | | | 0.00 |
| 09/19/16 | ****** | ****** | **** | DELINQUENCY STAT. UPD. | ** | DL | 0.00 | 0.00 | 0 |
| 09/01/16 | 1549336 | 5481311 | 2214 | A/R-LEGAL FEES | IN | BAL FWD-PRIOR AGENT | 33,774.33 | 0.00 | 33,774.33 |
| 06/01/16 | 1532852 | 5362277 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 549.03 | 0.00 | 34,323.36 |
| 09/01/16 | 1549336 | 5481300 | 5100 | MAINTENANCE FEE | IN | BAL FWD-PRIOR AGENT | 9,215.97 | 0.00 | 43,539.33 |
| 09/01/16 | 1532852 | 5362276 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 84.85 | 0.00 | 43,624.18 |
| 09/01/16 | 1549336 | 5481303 | 5103 | RESERVE FEE | IN | BAL FWD-PRIOR AGENT | 1,442.45 | 0.00 | 45,066.63 |
| 09/01/16 | 1532852 | 5362273 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 45,190.59 |
| 09/01/16 | 1549336 | 5481309 | 5131 | LOAN ASSMT #1 | IN | BAL FWD-PRIOR AGENT | 2,107.32 | 0.00 | 47,297.91 |
| 09/01/16 | 1532852 | 5362274 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 47,331.49 |
| 09/01/16 | 1549336 | 5481310 | 5132 | LOAN ASSMT #2 | IN | BAL FWD-PRIOR AGENT | 570.86 | 0.00 | 47,902.35 |
| 09/01/16 | 1532852 | 5362275 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 26.00 | 0.00 | 47,928.35 |
| 09/01/16 | 1549336 | 5481307 | 5134 | CABLE/INTERNET | IN | BAL FWD-PRIOR AGENT | 420.94 | 0.00 | 48,349.29 |
| 09/01/16 | 1549336 | 5481312 | 5360 | LATE CHARGES | IN | BAL FWD-PRIOR AGENT | 375.00 | 0.00 | 48,724.29 |
| 06/01/16 | 1549336 | 5481313 | 5361 | LATE FEE-1% OF BALANCE | IN | BAL FWD-PRIOR AGENT | 20,710.00 | 0.00 | 69,434.29 |
| 09/01/16 | 1549336 | 5481315 | 5362 | LATE FEE-10% OF CURRENT CH | IN | BAL FWD-PRIOR AGENT | 277.62 | 0.00 | 69,711.91 |
| | Period Totals | | | | | | 69,711.91 | 0.00 | |
| **October 2016** | **Beginning Balance** | | | | | | | | 69,711.91 |
| 10/25/16 | 1586488 | 5625976 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #63908 | 35.42 | 0.00 | 69,747.33 |
| 10/01/16 | 1552515 | 5499450 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 549.03 | 0.00 | 70,296.36 |
| 10/01/16 | 1552515 | 5499449 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 84.85 | 0.00 | 70,381.21 |
| 10/01/16 | 1552515 | 5499446 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 70,505.17 |
| 10/01/16 | 1552515 | 5499447 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 70,538.75 |
| 10/01/16 | 1552515 | 5499448 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 26.00 | 0.00 | 70,564.75 |
| | Period Totals | | | | | | 852.84 | 0.00 | |
| **November 2016** | **Beginning Balance** | | | | | | | | 70,564.75 |
| 11/01/16 | 1571662 | 5645456 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 549.03 | 0.00 | 71,113.78 |
| 11/01/16 | 1571662 | 5645455 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 84.85 | 0.00 | 71,198.63 |
| 11/01/16 | 1571662 | 5645452 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 71,322.59 |
| 11/01/16 | 1571662 | 5645453 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 71,356.17 |
| 11/01/16 | 1571662 | 5645454 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 26.00 | 0.00 | 71,382.17 |
| | Period Totals | | | | | | 817.42 | 0.00 | |
| **December 2016** | **Beginning Balance** | | | | | | | | 71,382.17 |
| 12/20/16 | 1603763 | 5893476 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #65503 | 31.25 | 0.00 | 71,413.42 |
| 12/01/16 | 1590538 | 5779594 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 549.03 | 0.00 | 71,962.45 |
| 12/01/16 | 1590538 | 5779593 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 84.85 | 0.00 | 72,047.30 |
| 12/01/16 | 1590538 | 5779590 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 72,171.26 |
| 12/01/16 | 1590538 | 5779591 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 72,204.84 |
| 12/01/16 | 1590538 | 5779592 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 26.00 | 0.00 | 72,230.84 |
| 12/31/16 | 1609012 | 5899616 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 72,305.84 |
| 12/31/16 | 1609014 | 5899624 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 719.53 | 0.00 | 73,025.37 |

**EXHIBIT "J"**
U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed  01/17/20   Page 53 of 68

Property Address:

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL,  Acct. No.:▮
PO BOX 29502
LAS VEGAS, NV, 89126
Unit ID: 00209

Print Date:  January 16, 2020

-- Prepared By -- Hawaiiana
Management Company, Ltd.

Page 2 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/16 | 1609438 | 5900797 | 5362 | LATE FEE-10% OF CURRENT CI | IN | LF 126802800000000 | 81.74 | 0.00 | 73,107.11 |
| | | Period Totals | | | | | 1,724.94 | 0.00 | |
| **January 2017** | | Beginning Balance | | | | | | | 73,107.11 |
| 01/01/17 | 1610393 | 5917333 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 549.03 | 0.00 | 73,656.14 |
| 01/01/17 | 1610393 | 5917332 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 84.85 | 0.00 | 73,740.99 |
| 01/01/17 | 1610393 | 5917329 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 73,864.95 |
| 01/01/17 | 1610393 | 5917330 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 73,898.53 |
| 01/01/17 | 1610393 | 5917331 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 26.00 | 0.00 | 73,924.53 |
| 01/31/17 | 1629543 | 6054195 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 73,999.53 |
| 01/31/17 | 1629816 | 6054414 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 736.40 | 0.00 | 74,735.93 |
| 01/31/17 | 1629836 | 6054494 | 5362 | LATE FEE-10% OF CURRENT CI | IN | LF 126802800000000 | 81.74 | 0.00 | 74,817.67 |
| | | Period Totals | | | | | 1,710.58 | 0.00 | |
| **February 2017** | | Beginning Balance | | | | | | | 74,817.67 |
| 02/27/17 | 1646578 | 6191789 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #87048 | 949.47 | 0.00 | 75,767.14 |
| 02/01/17 | 1630633 | 6071346 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 549.03 | 0.00 | 76,316.17 |
| 02/01/17 | 1630633 | 6071345 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 84.85 | 0.00 | 76,401.02 |
| 02/01/17 | 1630633 | 6071342 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 76,524.98 |
| 02/01/17 | 1630633 | 6071343 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 76,558.56 |
| 02/01/17 | 1630633 | 6071344 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 26.00 | 0.00 | 76,584.56 |
| 02/28/17 | 1648341 | 6193833 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 76,659.56 |
| 02/28/17 | 1648343 | 6193837 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 762.18 | 0.00 | 77,421.74 |
| 02/28/17 | 1648347 | 6193841 | 5362 | LATE FEE-10% OF CURRENT CI | IN | LF 126802800000000 | 81.74 | 0.00 | 77,503.48 |
| | | Period Totals | | | | | 2,685.81 | 0.00 | |
| **March 2017** | | Beginning Balance | | | | | | | 77,503.48 |
| 03/01/17 | 1649308 | 6210605 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 78,076.85 |
| 03/01/17 | 1649308 | 6210604 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 78,194.34 |
| 03/01/17 | 1649308 | 6210601 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 78,318.30 |
| 03/01/17 | 1649308 | 6210602 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 78,351.88 |
| 03/01/17 | 1649308 | 6210603 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 78,381.55 |
| 03/31/17 | 1669072 | 6334859 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 78,456.55 |
| 03/31/17 | 1669550 | 6336223 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 779.34 | 0.00 | 79,235.89 |
| 03/31/17 | 1669551 | 6336227 | 5362 | LATE FEE-10% OF CURRENT CI | IN | LF 126802800000000 | 87.81 | 0.00 | 79,323.70 |
| | | Period Totals | | | | | 1,820.22 | 0.00 | |
| **April 2017** | | Beginning Balance | | | | | | | 79,323.70 |
| 04/27/17 | 1686718 | 6486206 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #88515 | 221.87 | 0.00 | 79,545.57 |
| 04/01/17 | 1670363 | 6352778 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 80,118.94 |
| 04/01/17 | 1670363 | 6352777 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 80,236.43 |
| 04/01/17 | 1670363 | 6352774 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 80,360.39 |
| 04/01/17 | 1670363 | 6352775 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 80,393.97 |
| 04/01/17 | 1670363 | 6352776 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 80,423.64 |

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed  01/17/20   Page 54 of 68

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL, Acct. No.
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

Print Date: January 16, 2020

– Prepared By – Hawaiians
Management Company, Ltd.

Page 3 of 12

**Property Address:**

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/30/17 | 1688074 | 6487845 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 80,498.64 |
| 04/30/17 | 1688089 | 6487932 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 798.88 | 0.00 | 81,297.52 |
| 04/30/17 | 1688092 | 6487950 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 81,385.33 |
| | **Period Totals** | | | | | | **2,061.63** | **0.00** | |
| **May 2017** | | **Beginning Balance** | | | | | | | 81,385.33 |
| 05/01/17 | 1689587 | 6505802 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 81,958.70 |
| 05/01/17 | 1689587 | 6505801 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 82,076.19 |
| 05/01/17 | 1689587 | 6505798 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 82,200.15 |
| 05/01/17 | 1689587 | 6505799 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 82,233.73 |
| 05/01/17 | 1689587 | 6505800 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 82,263.40 |
| 05/31/17 | 1708606 | 6627543 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 82,338.40 |
| 05/31/17 | 1709063 | 6628816 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 816.40 | 0.00 | 83,154.80 |
| 05/31/17 | 1709087 | 6628820 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 83,242.61 |
| | **Period Totals** | | | | | | **1,857.28** | **0.00** | |
| **June 2017** | | **Beginning Balance** | | | | | | | 83,242.61 |
| 06/07/17 | 1713662 | 6752901 | 2214 | A/R-LEGAL FEES | IN | CB PORTER | 42.00 | 0.00 | 83,284.61 |
| 06/01/17 | 1709771 | 6644868 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 83,857.98 |
| 06/01/17 | 1709771 | 6644867 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 83,975.47 |
| 06/01/17 | 1709771 | 6644864 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 84,099.43 |
| 06/01/17 | 1709771 | 6644865 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 84,133.01 |
| 06/01/17 | 1709771 | 6644866 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 84,162.68 |
| 06/30/17 | 1728796 | 6769864 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 84,237.68 |
| 06/30/17 | 1728797 | 6769870 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 834.51 | 0.00 | 85,072.19 |
| 06/30/17 | 1728798 | 6769876 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 85,160.00 |
| | **Period Totals** | | | | | | **1,917.39** | **0.00** | |
| **July 2017** | | **Beginning Balance** | | | | | | | 85,160.00 |
| 07/01/17 | 1729779 | 6786518 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 85,733.37 |
| 07/01/17 | 1729779 | 6786517 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 85,850.86 |
| 07/01/17 | 1728279 | 6769382 | 5130 | SPECIAL ASSESSMENT | IN | AC ASSESSMENT | 712.00 | 0.00 | 86,562.86 |
| 07/01/17 | 1729779 | 6786514 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 86,686.82 |
| 07/01/17 | 1729779 | 6786515 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 86,720.40 |
| 07/01/17 | 1729779 | 6786516 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 86,750.07 |
| 07/31/17 | 1748316 | 6924651 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 86,825.07 |
| 07/31/17 | 1748413 | 6925036 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 859.51 | 0.00 | 87,684.58 |
| 07/31/17 | 1748418 | 6925063 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 87,772.39 |
| | **Period Totals** | | | | | | **2,612.39** | **0.00** | |
| **August 2017** | | **Beginning Balance** | | | | | | | 87,772.39 |
| 08/28/17 | 1768640 | 7069158 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #91619 | 1,787.57 | 0.00 | 89,559.96 |
| 08/01/17 | 1752079 | 7050191 | 5100 | MAINTENANCE FEE | IN | RC 8/2017 MAINT FEE | 573.37 | 0.00 | 90,133.33 |

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed  01/17/20   Page 55 of 68

**Property Address:**

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

Print Date: January 16, 2020

~ Prepared By ~ Hawaiiana
Management Company, Ltd.

Page 4 of 12

# OWNER HISTORY REPORT

OWNER: GILLIAM, M/M WILL,  Acct. No.: ████████
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/17 | 1752086 | 7050276 | 5103 | RESERVE FEE | IN | RC 8/2017 RESERVE | 117.49 | 0.00 | 90,250.82 |
| 08/01/17 | 1752091 | 7050361 | 5131 | LOAN ASSMT #1 | IN | RC 8/2017 LOAN ASMNT #1 | 123.96 | 0.00 | 90,374.78 |
| 08/01/17 | 1752100 | 7050440 | 5132 | LOAN ASSMT #2 | IN | RC 8/2017 LOAN ASMNT #2 | 33.58 | 0.00 | 90,408.36 |
| 08/01/17 | 1752107 | 7050518 | 5134 | CABLE/INTERNET | IN | RC 8/2017 CABLE | 29.67 | 0.00 | 90,438.03 |
| 08/31/17 | 1769938 | 7071531 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 90,513.03 |
| 08/31/17 | 1769953 | 7071540 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 895.51 | 0.00 | 91,408.54 |
| 08/31/17 | 1770236 | 7072114 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 91,496.35 |
| | **Period Totals** | | | | | | **3,723.96** | **0.00** | |
| **September 2017** | **Beginning Balance** | | | | | | | | **91,496.35** |
| 09/01/17 | 1770722 | 7088375 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 92,069.72 |
| 09/01/17 | 1770722 | 7088350 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 92,187.21 |
| 09/01/17 | 1770722 | 7088371 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 92,311.17 |
| 09/01/17 | 1770722 | 7088372 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 92,344.75 |
| 09/01/17 | 1770722 | 7088373 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 92,374.42 |
| 09/30/17 | 1788934 | 7215211 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 92,449.42 |
| 09/30/17 | 1789719 | 7216851 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 913.25 | 0.00 | 93,362.67 |
| 09/30/17 | 1789726 | 7216863 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 93,450.48 |
| | **Period Totals** | | | | | | **1,954.13** | **0.00** | |
| **October 2017** | **Beginning Balance** | | | | | | | | **93,450.48** |
| 10/01/17 | 1790093 | 7232658 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 94,023.85 |
| 10/01/17 | 1790093 | 7232657 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 94,141.34 |
| 10/01/17 | 1790093 | 7232654 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 94,265.30 |
| 10/01/17 | 1790093 | 7232655 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 94,298.88 |
| 10/01/17 | 1790093 | 7232656 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 94,328.55 |
| 10/31/17 | 1809156 | 7371167 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 94,403.55 |
| 10/31/17 | 1809253 | 7371462 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 932.66 | 0.00 | 95,336.21 |
| 10/31/17 | 1809257 | 7371466 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 95,424.02 |
| | **Period Totals** | | | | | | **1,973.54** | **0.00** | |
| **November 2017** | **Beginning Balance** | | | | | | | | **95,424.02** |
| 11/01/17 | 1810579 | 7389398 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 95,997.39 |
| 11/01/17 | 1810579 | 7389397 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 96,114.88 |
| 11/01/17 | 1810579 | 7389394 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 96,238.84 |
| 11/01/17 | 1810579 | 7389395 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 96,272.42 |
| 11/01/17 | 1810579 | 7389396 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 96,302.09 |
| 11/30/17 | 1828697 | 7514477 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 96,377.09 |
| 11/30/17 | 1828760 | 7514755 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 951.52 | 0.00 | 97,328.61 |
| 11/30/17 | 1829296 | 7515898 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 97,416.42 |
| | **Period Totals** | | | | | | **1,992.40** | **0.00** | |
| **December 2017** | **Beginning Balance** | | | | | | | | **97,416.42** |

**Property Address:**

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL, Acct. No.
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

Print Date: **January 16, 2020**

– Prepared By – Hawaiiana
Management Company, Ltd.

Page 5 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/17 | 1829769 | 7531651 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 573.37 | 0.00 | 97,989.79 |
| 12/01/17 | 1829769 | 7531650 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 117.49 | 0.00 | 98,107.28 |
| 12/01/17 | 1829769 | 7531647 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 98,231.24 |
| 12/01/17 | 1829769 | 7531648 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 98,264.82 |
| 12/01/17 | 1829769 | 7531649 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 29.67 | 0.00 | 98,294.49 |
| 12/31/17 | 1847982 | 7658551 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 98,369.49 |
| 12/31/17 | 1848050 | 7658663 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 970.56 | 0.00 | 99,340.05 |
| 12/31/17 | 1848053 | 7658678 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 87.81 | 0.00 | 99,427.86 |
| | | | | Period Totals | | | 2,011.44 | 0.00 | |
| **January 2018** | | | | Beginning Balance | | | | | **99,427.86** |
| 01/01/18 | 1849512 | 7677495 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.09 | 0.00 | 100,047.95 |
| 01/01/18 | 1849512 | 7677496 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 100,191.54 |
| 01/01/18 | 1849512 | 7677492 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 100,315.50 |
| 01/01/18 | 1849512 | 7677493 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 100,349.08 |
| 01/01/18 | 1849512 | 7677494 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 42.00 | 0.00 | 100,391.08 |
| 01/31/18 | 1870623 | 7822879 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 100,466.08 |
| 01/31/18 | 1870627 | 7822889 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 990.65 | 0.00 | 101,456.73 |
| 01/31/18 | 1870629 | 7822884 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 96.32 | 0.00 | 101,553.05 |
| | | | | Period Totals | | | 2,125.19 | 0.00 | |
| **February 2018** | | | | Beginning Balance | | | | | **101,553.05** |
| 02/28/18 | 1890953 | 7971724 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #95774 | 572.15 | 0.00 | 102,125.20 |
| 02/28/18 | 1890953 | 7971726 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #94487 | 553.12 | 0.00 | 102,678.32 |
| 02/28/18 | 1890955 | 7971727 | 2214 | A/R-LEGAL FEES | IN | RECLASS | 1,976.24 | 0.00 | 104,654.56 |
| 02/01/18 | 1872094 | 7841375 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.09 | 0.00 | 105,274.65 |
| 02/01/18 | 1872094 | 7841374 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 105,418.24 |
| 02/01/18 | 1872094 | 7841371 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 105,542.20 |
| 02/01/18 | 1872094 | 7841372 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 105,575.78 |
| 02/01/18 | 1872094 | 7841373 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 42.00 | 0.00 | 105,617.78 |
| 02/05/18 | 1874240 | 7956929 | 5134 | CABLE/INTERNET | CM | CABLE CREDIT ADJ | 0.00 | -18.00 | 105,599.78 |
| 02/28/18 | 1890955 | 7971728 | 5190 | LEGAL FEE REIMBURSEMENT | CM | RECLASS | 0.00 | -1,976.24 | 103,623.54 |
| 02/28/18 | 1890954 | 7971725 | 5190 | LEGAL FEE REIMBURSEMENT | IN | CB PORTER #95176 | 1,976.24 | 0.00 | 105,599.78 |
| 02/28/18 | 1891099 | 7972070 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 105,674.78 |
| 02/28/18 | 1891100 | 7972077 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,041.78 | 0.00 | 106,716.56 |
| 02/28/18 | 1891101 | 7972083 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 94.52 | 0.00 | 106,811.08 |
| | | | | Period Totals | | | 7,252.27 | -1,994.24 | |
| **March 2018** | | | | Beginning Balance | | | | | **106,811.08** |
| 03/01/18 | 1892455 | 7990024 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.09 | 0.00 | 107,431.17 |
| 03/01/18 | 1892455 | 7990023 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 107,574.76 |
| 03/01/18 | 1892455 | 7990020 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 107,698.72 |
| 03/01/18 | 1892455 | 7990021 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 107,732.30 |
| 03/01/18 | 1892455 | 7990022 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 107,765.30 |

Property Address:

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL,   Acct. No.:
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

Print Date:   January 16, 2020

~ Prepared By ~ Hawaiiana
Management Company, Ltd.

Page 6 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/18 | 1913761 | 8123792 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 107,840.30 |
| 03/31/18 | 1913823 | 8124097 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,061.74 | 0.00 | 108,902.04 |
| 03/31/18 | 1914626 | 8125573 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 108,997.46 |
| | | Period Totals | | | | | 2,188.38 | 0.00 | |
| **April 2018** | | **Beginning Balance** | | | | | | | 108,997.46 |
| 04/26/18 | 1932806 | 8284740 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #96440 | 1,555.15 | 0.00 | 110,552.61 |
| 04/01/18 | 1915153 | 8141448 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.09 | 0.00 | 111,172.70 |
| 04/01/18 | 1915153 | 8141443 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 111,316.29 |
| 04/01/18 | 1915153 | 8141444 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 111,440.25 |
| 04/01/18 | 1915153 | 8141445 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 111,473.83 |
| 04/01/18 | 1915153 | 8141446 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 111,506.83 |
| 04/30/18 | 1935443 | 8288141 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 111,581.83 |
| 04/30/18 | 1935537 | 8288405 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,098.95 | 0.00 | 112,680.78 |
| 04/30/18 | 1935539 | 8288407 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 112,776.20 |
| | | Period Totals | | | | | 3,778.74 | 0.00 | |
| **May 2018** | | **Beginning Balance** | | | | | | | 112,776.20 |
| 05/29/18 | 1954968 | 8436222 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #97130 | 1,067.70 | 0.00 | 113,843.90 |
| 05/01/18 | 1936768 | 8305768 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.09 | 0.00 | 114,463.99 |
| 05/01/18 | 1936768 | 8305767 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 114,607.58 |
| 05/01/18 | 1936768 | 8305764 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 114,731.54 |
| 05/01/18 | 1936768 | 8305765 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 114,765.12 |
| 05/01/18 | 1936768 | 8305766 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 114,798.12 |
| 05/31/18 | 1957288 | 8437709 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 114,873.12 |
| 05/31/18 | 1957341 | 8437959 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,130.90 | 0.00 | 116,004.02 |
| 05/31/18 | 1957345 | 8437963 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 116,099.44 |
| | | Period Totals | | | | | 3,323.24 | 0.00 | |
| **June 2018** | | **Beginning Balance** | | | | | | | 116,099.44 |
| 06/20/18 | 1971952 | 8579854 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #97806 | 1,002.13 | 0.00 | 117,101.57 |
| 06/26/18 | 1974723 | 8583576 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #98462 | 7,394.22 | 0.00 | 124,495.79 |
| 06/20/18 | 1971952 | 8579849 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #86310 | 418.75 | 0.00 | 124,914.54 |
| 06/20/18 | 1971952 | 8579849 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #86312 | 136.57 | 0.00 | 125,051.11 |
| 06/20/18 | 1971952 | 8579851 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #90871 | 131.25 | 0.00 | 125,182.36 |
| 06/20/18 | 1971952 | 8579852 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #92335 | 5,241.54 | 0.00 | 130,423.90 |
| 06/20/18 | 1971952 | 8579853 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #93079 | 126.60 | 0.00 | 130,550.50 |
| 06/20/18 | 1971952 | 8579842 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #93791 | 103.43 | 0.00 | 130,653.93 |
| 06/20/18 | 1971952 | 8579843 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #83906 | 53.12 | 0.00 | 130,707.05 |
| 06/20/18 | 1971952 | 8579844 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #92349 | 152.25 | 0.00 | 130,859.30 |
| 06/20/18 | 1971952 | 8579845 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #82348 | 125.00 | 0.00 | 130,984.30 |
| 06/20/18 | 1971952 | 8579846 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #83109 | 510.41 | 0.00 | 131,494.71 |
| 06/20/18 | 1971952 | 8579847 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #97787 | 4,089.56 | 0.00 | 135,584.27 |
| 06/20/18 | 1971952 | 8579847 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #90044 | 104.17 | 0.00 | 135,688.44 |
| 06/01/18 | 1958686 | 8455310 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.09 | 0.00 | 136,308.53 |
| 06/01/18 | 1958685 | 8455309 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 136,452.12 |
| 06/01/18 | 1958685 | 8455306 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 136,576.08 |

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL,  Acct. No.: ▬▬▬
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

Property Address:

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

Print Date:  January 16, 2020

— Prepared By — Hawaiiana
Management Company, Ltd.

Page 7 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/18 | 1958685 | 8455307 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 136,609.66 |
| 06/01/18 | 1958685 | 8455308 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 136,642.66 |
| 06/30/18 | 1977697 | 8586263 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 136,717.66 |
| 06/30/18 | 1978078 | 8586513 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,347.65 | 0.00 | 138,065.31 |
| 06/30/18 | 1978079 | 8586517 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 138,160.73 |
| | Period Totals | | | | | | 22,081.29 | 0.00 | |
| **July 2018** | | **Beginning Balance** | | | | | | | 138,160.73 |
| 07/01/18 | 1979494 | 8605382 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.08 | 0.00 | 138,780.82 |
| 07/01/18 | 1979494 | 8605381 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 138,924.41 |
| 07/01/18 | 1979494 | 8605378 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 139,048.37 |
| 07/01/18 | 1979494 | 8605379 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 139,081.95 |
| 07/01/18 | 1979494 | 8605380 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 139,114.95 |
| 07/31/18 | 2000037 | 8751535 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 139,189.95 |
| 07/31/18 | 2000101 | 8751939 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,372.16 | 0.00 | 140,562.11 |
| 07/31/18 | 2000106 | 8751956 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 140,657.53 |
| | Period Totals | | | | | | 2,496.80 | 0.00 | |
| **August 2018** | | **Beginning Balance** | | | | | | | 140,657.53 |
| 08/14/18 | 2011378 | 8891264 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #99185 | 6,094.83 | 0.00 | 146,752.46 |
| 08/28/18 | 2018066 | 8900581 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #99791 | 2,199.89 | 0.00 | 150,952.35 |
| 08/01/18 | 2001347 | 8769946 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.08 | 0.00 | 151,572.44 |
| 08/01/18 | 2001347 | 8769945 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 151,716.03 |
| 08/01/18 | 2001347 | 8769945 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 151,839.99 |
| 08/01/18 | 2001347 | 8769946 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 151,873.57 |
| 08/01/18 | 2001347 | 8769947 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 151,906.57 |
| 08/31/18 | 2021477 | 8903894 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 151,981.57 |
| 08/31/18 | 2021486 | 8903941 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,499.13 | 0.00 | 153,480.70 |
| 08/31/18 | 2021491 | 8903980 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 153,576.12 |
| | Period Totals | | | | | | 12,918.59 | 0.00 | |
| **September 2018** | | **Beginning Balance** | | | | | | | 153,576.12 |
| 09/01/18 | 2022548 | 8920708 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 620.08 | 0.00 | 154,196.21 |
| 09/01/18 | 2022548 | 8920707 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 154,339.80 |
| 09/01/18 | 2022548 | 8920704 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 154,463.76 |
| 09/01/18 | 2022548 | 8920705 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 154,497.34 |
| 09/01/18 | 2022548 | 8920706 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 154,530.34 |
| 09/30/18 | 2042487 | 9061527 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 154,605.34 |
| 09/30/18 | 2042488 | 9061534 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,524.41 | 0.00 | 156,129.75 |
| 09/30/18 | 2042492 | 9061541 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 156,225.17 |
| | Period Totals | | | | | | 2,649.05 | 0.00 | |
| **October 2018** | | **Beginning Balance** | | | | | | | 156,225.17 |
| 10/26/18 | 2064225 | 9240098 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #101241 | 964.38 | 0.00 | 157,189.55 |

**Property Address:**

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

## OWNER HISTORY REPORT
OWNER: GILLIAM, M/M WILL., Acct. No.:
PO BOX 29602
LAS VEGAS, NV, 80126
Unit ID: 00209

Print Date: January 16, 2020

-- Prepared By -- Hawaiiana
Management Company, Ltd.

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/18 | 2043797 | 9079747 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 820.09 | 0.00 | 157,809.64 |
| 10/01/18 | 2043797 | 9079748 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 157,953.23 |
| 10/01/18 | 2043797 | 9079750 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 158,077.19 |
| 10/01/18 | 2043797 | 9079751 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 158,110.77 |
| 10/01/18 | 2043797 | 9079749 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 158,143.77 |
| 10/31/18 | 2067615 | 9242563 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 158,218.77 |
| 10/31/18 | 2067675 | 9242963 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,559.59 | 0.00 | 159,778.36 |
| 10/31/18 | 2067680 | 9243005 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 159,873.76 |
| | | | | **Period Totals** | | | **3,648.61** | **0.00** | |
| **November 2018** | | | | **Beginning Balance** | | | | | **159,873.76** |
| 11/30/18 | 2089759 | 9405601 | 2214 | A/R-LEGAL FEES | IN | CB PORTER #101906 | 282.11 | 0.00 | 160,155.89 |
| 11/01/18 | 2070097 | 9265938 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 820.09 | 0.00 | 160,775.98 |
| 11/01/18 | 2070097 | 9265939 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 160,919.57 |
| 11/01/18 | 2070097 | 9265941 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 161,043.53 |
| 11/01/18 | 2070097 | 9265942 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 161,077.11 |
| 11/01/18 | 2066161 | 9241074 | 5133 | SPECIAL ASSESSMENT | IN | 2018 ASSESSMENT | 3,524.58 | 0.00 | 164,601.69 |
| 11/01/18 | 2070097 | 9265940 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 164,634.69 |
| 11/30/18 | 2090446 | 9406691 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 164,709.69 |
| 11/30/18 | 2090550 | 9407036 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,623.55 | 0.00 | 166,333.24 |
| 11/30/18 | 2090557 | 9407087 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 166,428.66 |
| | | | | **Period Totals** | | | **6,554.88** | **0.00** | |
| **December 2018** | | | | **Beginning Balance** | | | | | **166,428.66** |
| 12/26/18 | 2109755 | 9564198 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #102604 | 698.25 | 0.00 | 167,126.91 |
| 12/01/18 | 2092374 | 9426704 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 820.09 | 0.00 | 167,747.00 |
| 12/01/18 | 2092374 | 9426705 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 167,890.59 |
| 12/01/18 | 2092374 | 9426707 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 168,014.55 |
| 12/01/18 | 2092374 | 9426708 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 168,049.13 |
| 12/01/18 | 2092374 | 9426706 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 33.00 | 0.00 | 168,081.13 |
| 12/31/18 | 2113351 | 9568719 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 168,156.13 |
| 12/31/18 | 2113382 | 9568774 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,657.06 | 0.00 | 169,813.19 |
| 12/31/18 | 2113411 | 9568938 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 95.42 | 0.00 | 169,908.61 |
| | | | | **Period Totals** | | | **3,479.95** | **0.00** | |
| **January 2019** | | | | **Beginning Balance** | | | | | **169,908.61** |
| 01/25/19 | 2132434 | 9737788 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #103266 | 145.57 | 0.00 | 170,054.18 |
| 01/01/19 | 2114899 | 9587492 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 170,730.52 |
| 01/01/19 | 2114899 | 9587493 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 170,874.11 |
| 01/01/19 | 2114899 | 9587495 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 170,998.07 |
| 01/01/19 | 2114899 | 9587496 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 171,031.65 |
| 01/01/19 | 2114899 | 9587494 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 171,082.50 |

**Property Address:**

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL, Acct. No.: ███████
PO BOX 29502
LAS VEGAS, NV, 89126
Unit ID: 00209

Print Date: January 16, 2020

— Prepared By — Hawaiiana
Management Company, Ltd.

Page 9 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/19 | 2136717 | 9741453 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 171,157.50 |
| 01/31/19 | 2136791 | 9741886 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,686.12 | 0.00 | 172,843.62 |
| 01/31/19 | 2136793 | 9741893 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 102.83 | 0.00 | 172,946.45 |
| | | | | **Period Totals** | | | **3,037.84** | **0.00** | |
| **February 2019** | | **Beginning Balance** | | | | | | | 172,946.45 |
| 02/19/19 | 2149975 | 9881667 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #100560 | 6,134.96 | 0.00 | 179,081.41 |
| 02/25/19 | 2154151 | 9890220 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #103846 | 439.84 | 0.00 | 179,521.25 |
| 02/01/19 | 2138356 | 9761205 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 180,197.59 |
| 02/01/19 | 2138356 | 9761206 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 180,341.18 |
| 02/01/19 | 2138356 | 9761208 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 180,465.14 |
| 02/01/19 | 2138356 | 9761209 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 180,498.72 |
| 02/01/19 | 2138356 | 9761207 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 180,549.57 |
| 02/28/19 | 2157763 | 9893825 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 180,624.57 |
| 02/28/19 | 2157793 | 9894008 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,779.76 | 0.00 | 182,404.33 |
| 02/28/19 | 2157795 | 9894031 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 102.83 | 0.00 | 182,507.16 |
| | | | | **Period Totals** | | | **9,560.71** | **0.00** | |
| **March 2019** | | **Beginning Balance** | | | | | | | 182,507.16 |
| 03/01/19 | 2159255 | 9912096 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 183,183.50 |
| 03/01/19 | 2159255 | 9912097 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 183,327.09 |
| 03/01/19 | 2159255 | 9912099 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 183,451.05 |
| 03/01/19 | 2159255 | 9912100 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 183,484.63 |
| 03/01/19 | 2159255 | 9912098 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 183,535.48 |
| 03/31/19 | 2179849 | 302747 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 183,610.48 |
| 03/31/19 | 2179879 | 302976 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,808.59 | 0.00 | 185,419.07 |
| 03/31/19 | 2179888 | 303002 | 5362 | LATE FEE-10% OF CURRENT CH | IN | LF 126802800000000 | 102.83 | 0.00 | 185,521.90 |
| | | | | **Period Totals** | | | **3,014.74** | **0.00** | |
| **April 2019** | | **Beginning Balance** | | | | | | | 185,521.90 |
| 04/25/19 | 2199855 | 468147 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #105091 | 954.32 | 0.00 | 186,476.22 |
| 04/01/19 | 2181409 | 320745 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 187,152.56 |
| 04/01/19 | 2181409 | 320746 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 187,296.15 |
| 04/01/19 | 2181409 | 320748 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 187,420.11 |
| 04/01/19 | 2181409 | 320747 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 187,453.69 |
| 04/01/19 | 2181409 | 320747 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 187,504.54 |
| 04/24/19 | 2199914 | 487521 | 5360 | LATE CHARGES | IN | LATE FEE | 75.00 | 0.00 | 187,579.54 |
| 04/24/19 | 2199697 | 487505 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 472.43 | 0.00 | 188,051.97 |
| 04/25/19 | 2200168 | 488647 | 5361 | LATE FEE-1% OF BALANCE | IN | LF | 1,317.88 | 0.00 | 189,369.85 |
| 04/24/19 | 2200168 | 488648 | 5361 | LATE FEE-1% OF BALANCE | CM | REVERSE-INCORRECT | 0.00 | -472.43 | 188,897.42 |
| | | | | **Period Totals** | | | **3,847.95** | **-472.43** | |
| **May 2019** | | **Beginning Balance** | | | | | | | 188,897.42 |
| 05/20/19 | 2219077 | 620925 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #105767 | 4,225.73 | 0.00 | 193,123.15 |
| 05/31/19 | 2226653 | 638770 | 2214 | A/R-LEGAL FEES | IN | CB PMKC 5/21/19 INV 106691 | 9,267.57 | 0.00 | 202,390.72 |

U.S. Bankruptcy Court - Hawaii  #19-01366  Dkt # 38  Filed  01/17/20  Page 61 of 68

**Property Address:**

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL,  Acct. No.:
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

Print Date:   January 16, 2020

— Prepared By — Hawaiiana
Management Company, Ltd.

Page 10 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/19 | 2205006 | 489421 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 203,067.06 |
| 05/01/19 | 2205006 | 489422 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 203,210.65 |
| 05/01/19 | 2205006 | 489424 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 203,334.61 |
| 05/01/19 | 2205006 | 489425 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 203,368.19 |
| 05/01/19 | 2205006 | 489423 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 203,419.04 |
| 05/18/19 | 2216657 | 613344 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 203,494.04 |
| 05/16/19 | 2216655 | 613333 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,328.91 | 0.00 | 204,822.95 |
| | Period Totals | | | | | | 15,925.53 | 0.00 | |
| **June 2019** | | **Beginning Balance** | | | | | | | 204,822.95 |
| 06/01/19 | 2227819 | 660528 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 205,499.29 |
| 06/01/19 | 2227819 | 660529 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 205,642.88 |
| 06/01/19 | 2227819 | 660531 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 205,766.84 |
| 06/01/19 | 2227819 | 660532 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 205,800.42 |
| 06/01/19 | 2227819 | 660530 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 205,851.27 |
| 06/17/19 | 2238289 | 785139 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 205,926.27 |
| 06/17/19 | 2238287 | 785131 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,474.88 | 0.00 | 207,401.15 |
| | Period Totals | | | | | | 2,578.20 | 0.00 | |
| **July 2019** | | **Beginning Balance** | | | | | | | 207,401.15 |
| 07/01/19 | 2248792 | 818006 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 208,077.49 |
| 07/01/19 | 2248792 | 818007 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 208,221.08 |
| 07/01/19 | 2248792 | 818008 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 208,345.04 |
| 07/01/19 | 2248792 | 818009 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 208,378.62 |
| 07/01/19 | 2248792 | 818010 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 208,429.47 |
| 07/19/19 | 2283389 | 960003 | 5190 | LEGAL FEE REIMBURSEMENT | IN | CB PMKC 6/21/19 INV107409 | 2,295.21 | 0.00 | 210,724.68 |
| 07/16/19 | 2260303 | 955539 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 210,799.68 |
| 07/16/19 | 2260302 | 955535 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,485.91 | 0.00 | 212,285.59 |
| | Period Totals | | | | | | 4,884.44 | 0.00 | |
| **August 2019** | | **Beginning Balance** | | | | | | | 212,285.59 |
| 08/09/19 | 2279245 | 1003655 | 2214 | A/R-LEGAL FEES | IN | RECLASS | 2,295.21 | 0.00 | 214,580.80 |
| 08/20/19 | 2288232 | 1017183 | 2214 | A/R-LEGAL FEES | IN | CB PMKC 7/23/19 INV108123 | 783.91 | 0.00 | 215,364.71 |
| 08/01/19 | 2271726 | 986227 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 216,041.05 |
| 08/01/19 | 2271726 | 986228 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 216,184.64 |
| 08/01/19 | 2271726 | 986229 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 216,308.60 |
| 08/01/19 | 2271726 | 986230 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 216,342.18 |
| 08/01/19 | 2271726 | 986231 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 216,393.03 |
| 08/09/19 | 2279246 | 1003656 | 5190 | LEGAL FEE REIMBURSEMENT | CM | RECLASS | 0.00 | -2,295.21 | 214,097.82 |
| 08/16/19 | 2283446 | 1007633 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 214,172.82 |
| 08/16/19 | 2283445 | 1007630 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,519.90 | 0.00 | 215,692.72 |

# OWNER HISTORY REPORT
OWNER: GILLIAM, M/M WILL,   Acct. No.: ▮▮▮▮
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00209

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Period Totals | | | 6,702.34 | -2,295.21 | |
| **September 2019** | | | | **Beginning Balance** | | | | | **215,692.72** |
| 09/19/19 | 2308975 | 1176405 | 2214 | A/R-LEGAL FEES | IN | CB PMKC 8/22 INV#108836 | 3,558.71 | 0.00 | 219,251.43 |
| 09/01/19 | 2295226 | 1045006 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 219,927.77 |
| 09/01/19 | 2295226 | 1045007 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 220,071.36 |
| 09/01/19 | 2295226 | 1045008 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 220,195.32 |
| 09/01/19 | 2295226 | 1045009 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 220,228.90 |
| 09/01/19 | 2295226 | 1045010 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 220,279.75 |
| 09/17/19 | 2306690 | 1171732 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 220,354.75 |
| 09/17/19 | 2306688 | 1171705 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,538.77 | 0.00 | 221,893.52 |
| | | | | Period Totals | | | 6,200.80 | 0.00 | |
| **October 2019** | | | | **Beginning Balance** | | | | | **221,893.52** |
| 10/31/19 | 2337869 | 1354195 | 2214 | A/R-LEGAL FEES | IN | CB PKMC #108525 | 9,782.34 | 0.00 | 231,675.86 |
| 10/01/19 | 2317005 | 1201764 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 232,352.20 |
| 10/01/19 | 2317005 | 1201765 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 232,495.79 |
| 10/01/19 | 2317005 | 1201766 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 232,619.75 |
| 10/01/19 | 2317005 | 1201767 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 232,653.33 |
| 10/01/19 | 2317005 | 1201768 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 232,704.18 |
| 10/16/19 | 2328088 | 1339072 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 232,779.18 |
| 10/16/19 | 2328087 | 1339069 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,585.39 | 0.00 | 234,364.57 |
| | | | | Period Totals | | | 12,471.05 | 0.00 | |
| **November 2019** | | | | **Beginning Balance** | | | | | **234,364.57** |
| 11/18/19 | 2351642 | 1504438 | 2214 | A/R-LEGAL FEES | IN | CB PMKC 10/22 INV110199 | 2,608.10 | 0.00 | 236,972.67 |
| 11/01/19 | 2339849 | 1372344 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 237,649.01 |
| 11/01/19 | 2339849 | 1372345 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 237,792.60 |
| 11/01/19 | 2339849 | 1372346 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 237,916.56 |
| 11/01/19 | 2339849 | 1372347 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 237,950.14 |
| 11/01/19 | 2339849 | 1372348 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 238,000.99 |
| 11/18/19 | 2360972 | 1502147 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 238,075.99 |
| 11/18/19 | 2360971 | 1502145 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,694.24 | 0.00 | 239,770.23 |
| | | | | Period Totals | | | 5,405.66 | 0.00 | |
| **December 2019** | | | | **Beginning Balance** | | | | | **239,770.23** |
| 12/23/19 | 2375986 | 1667152 | 2214 | A/R-LEGAL FEES | IN | CB PMKC 11/21 INV110931 | 2,539.27 | 0.00 | 242,309.50 |
| 12/17/19 | 2373510 | 3566 | 5100 | MAINTENANCE FEE | PA | 3566    AOAO KUHIO SHO | 0.00 | -676.34 | 241,633.16 |
| 12/01/19 | 2360021 | 1631086 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 676.34 | 0.00 | 242,309.50 |
| 12/01/19 | 2360021 | 1531087 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 143.59 | 0.00 | 242,453.09 |
| 12/01/19 | 2360021 | 1531088 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 242,577.05 |
| 12/01/19 | 2360021 | 1531089 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 242,610.63 |
| 12/01/19 | 2360021 | 1531090 | 5134 | CABLE//INTERNET | IN | RC 126802800000000 | 50.85 | 0.00 | 242,661.48 |

**OWNER HISTORY REPORT**
OWNER: GILLIAM, M/M WILL,  Acct. No.: ▓▓▓▓▓
PO BOX 29502
LAS VEGAS, NV, 80126
Unit ID: 00208

Property Address:

AOAO KUHIO SHORES AT
POIPU
5050 LAWAI ROAD
KOLOA, KAUAI, HI 96756

Print Date:    January 16, 2020

-- Prepared By -- Hawaiiana
Management Company, Ltd.

Page 12 of 12

| Trans Date | Batch | Ref. Nbr | Acct. | Description | Type | Trans. Desc. | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/19 | 2372750 | 1660457 | 5360 | LATE CHARGES | IN | LF 126802800000000 | 75.00 | 0.00 | 242,736.48 |
| 12/17/19 | 2372749 | 1660453 | 5361 | LATE FEE-1% OF BALANCE | IN | LF 126802800000000 | 1,731.36 | 0.00 | 244,467.84 |
| | Period Totals | | | | | | 5,373.95 | -676.34 | |
| **January 2020** | | **Beginning Balance** | | | | | | | **244,467.84** |
| 01/01/20 | 2383462 | 1691100 | 5100 | MAINTENANCE FEE | IN | RC 126802800000000 | 692.46 | 0.00 | 245,160.30 |
| 01/01/20 | 2383462 | 1691101 | 5103 | RESERVE FEE | IN | RC 126802800000000 | 163.17 | 0.00 | 245,323.47 |
| 01/01/20 | 2383462 | 1691102 | 5131 | LOAN ASSMT #1 | IN | RC 126802800000000 | 123.96 | 0.00 | 245,447.43 |
| 01/01/20 | 2383462 | 1691103 | 5132 | LOAN ASSMT #2 | IN | RC 126802800000000 | 33.58 | 0.00 | 245,481.01 |
| 01/01/20 | 2383462 | 1691104 | 5134 | CABLE/INTERNET | IN | RC 126802800000000 | 48.23 | 0.00 | 245,529.24 |
| | Period Totals | | | | | | 1,061.40 | 0.00 | |

**Balance Summary:**

| Acct. | Description | Balance |
|---|---|---|
| 2214 | A/R-LEGAL FEES | 117,130.36 |
| 5100 | MAINTENANCE FEE | 33,817.13 |
| 5103 | RESERVE FEE | 6,736.76 |
| 5130 | SPECIAL ASSESSMENT | 712.00 |
| 5131 | LOAN ASSMT #1 | 7,189.66 |
| 5132 | LOAN ASSMT #2 | 1,947.64 |
| 5133 | SPECIAL ASSESSMENT | 3,624.56 |
| 5134 | CABLE/INTERNET | 1,928.07 |
| 5190 | LEGAL FEE REIMBURSEMENT | 0.00 |
| 5360 | LATE CHARGES | 3,150.00 |
| 5361 | LATE FEE-1% OF BALANCE | 66,639.53 |
| 5362 | LATE FEE-10% OF CURRENT CHG | 2,654.47 |
| | **Total** | **245,529.24** |

**DISCLAIMER:**

Information on this page may not reflect all charges and payments posted to this account, and should not be used as an invoice or for resale purposes. For current account information, please email Hawaiiana Management Company, Ltd. at accounting@hmcmgt.com.

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed  01/17/20   Page 64 of 68

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

In re

WILLIAM HOWARD GILLIAM,

Debtor.

Case No. 19-01366
(Chapter 13)

**DECLARATION OF GEORGE R. ROBINSON**

## DECLARATION OF GEORGE R. ROBINSON

GEORGE R. ROBINSON declares, under penalty of perjury, that:

1.    I am the Court appointed receiver of Pacific Rim Property Service Corporation ("PRPSC") in the State Court proceeding entitled <u>Association of Apartment Owners of Kuhio Shores of Poipu v. Pacific Rim Property Service Corporation</u>, Civil No. 16-1-0063, Circuit Court of the Fifth Circuit of the State of Hawaii (the "Foreclosure Case").

2.    I make this declaration in support of the State Court Receiver's Objection to Debtor's Motion for Turnover and Order to Show Cause, filed on December 26, 2019 (the "Objection").

3.    These statements are based on my personal knowledge and a review of certain records in this case and in the Foreclosure Case.

4.    Attached to the Objection as Exhibit "A" is a copy of a Status Report, dated April 16, 2019, prepared by Title Guaranty of Hawaii, LLC for the real property located at 5050 Lawai Road, #209, Koloa, Hawaii 96756 (the "Property").

5.    Attached to the Objection as Exhibit "B" is a copy of the Articles of Incorporation for "North Pacific Rim Property Service Corporation" which were filed with the Department of Commerce and Consumer Affairs for the State of Hawaii (the "DCCA").

6.    Attached to the Objection as Exhibit "C" is a copy of the Articles of Amendment to Change Corporate Name filed on January 23, 2002 with the DCCA.

7.    Attached to the Objection as Exhibit "D" is a copy of the docket sheet in the probate proceeding entitled <u>The Estate of Vivian Turner Lord, Deceased,</u> 5LP181000079, Circuit Court of the Fifth Circuit of the State of Hawaii.  The docket sheet indicates the last document filed was on September 4, 2018 and that the case remains open.

8.    Attached to the Objection as Exhibit "E" is a copy of the Certificate of Administrative Dissolution filed on December 4, 2012 in the DCCA.

9.    Attached to the Objection as Exhibit "F" is a copy of Articles of Incorporation filed on December 2, 2013 for a company named "Pacific Rim Property Service Corporation". The Articles were signed by "Bill Gilliam".

10.    Attached to the Objection as Exhibit "G" is a copy of the Order Granting Plaintiff Association of Apartment Owners of Kuhio Shores at Poipu's Motion for Appointment of Receiver, filed on October 19, 2018 in the Foreclosure Case.

11.    Attached to the Objection as Exhibit "H" is a copy of the Order Granting Plaintiff Association of Apartment Owners of Kuhio Shores at Poipu's Motion for Instructions for the Receiver, filed on October 2, 2019 in the Foreclosure Case.

12.    Attached to the Objection as Exhibit "I" is a copy of Writ of Possession filed on October 2, 2019 in the Foreclosure Case.

13.    Attached to the Objection as Exhibit "J" is a copy of a print out of a report indicating the amount owed to the Association of Apartment Owners of Kuhio Shores at Poipu for the Property. The report indicates that as of January 16, 2020, the amount owed is $245,529.94.

I, George R. Robinson, do declare that the foregoing is true and correct to the best of my knowledge, information and belief.

U.S. Bankruptcy Court - Hawaii  #19-01366  Dkt # 38  Filed  01/17/20  Page 67 of 68

DATED:  Honolulu, Hawaii, January 16, 2020.


/s/  George R. Robinson
GEORGE R. ROBINSON

U.S. Bankruptcy Court - Hawaii   #19-01366   Dkt # 38   Filed  01/17/20   Page 68 of 68