William H. Gilliam, pro se
9450 SW Gemini Dr.
ECM 38146
Beaverton, OR 97008
Tel 808 647 0610

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

|  |  |
|---|---|
| WILLIAM H GILLIAM  )<br>)<br>)<br>Debtor  ) | Case No. 19-01366<br><br>Chapter 13<br><br>MOTION FOR TURNOVER<br><br>VERIZON MEDIA GROUP<br><br>d/b/a Yahoo |

COMES NOW the debtor by the undersigned and respectfully staters to the Court pursuant to 28 U.S.C.A. § 157. as follows:

1. Debtor holds accounts and information in data form with a brand of Verizon Media Group, a wholly owned subsidiary of Verizon, Inc. which brand and internet domain known as Yahoo and Yahoo.com respectively, with sufficient contacts with the State of Hawaii to confer jurisdiction and venue upon the above Court in this core proceeding.

2. That debtor's accounts and information under various electronic email labels including:

   i. Nosveemos2@yahoo.com

   ii. WorldHI@yahoo.com

   iii. BillGilliam@yahoo.com

WHEREFORE respectfully requests turnover of the accounts, information, data, account names, passwords, all in whatever form to the debtor.

/s/ William H Gilliam
William H. Gilliam, debtor, pro se
9450 SW Gemini Dr.
ECM 38146
Beaverton, OR 97008
Tel 808 647 0610

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th April, 2020 I post with the United States Postal Service postage prepaid an Original hereof to the Clerk of the Above Court and a copy of the foregoing addressed to each of the parties, as follows:

Yahoo
Compliance Team
Yahoo! Inc.
701 First Avenue
Sunnyvale, California 94089

Verizon Media Group
Attn: CEO and Executive Vice President Mr. Guru Gowroppan
1095 Avenue of the Americas
New York, NY 10036

/s/ William H Gilliam
William H. Gilliam, plaintiff, pro se