Filer's Name, Address, Phone, Fax, Email:
William H. Gilliam, pro se
9450 SW Gemini Dr.
ECM 38146
Beaverton, OR 97008
Tel 808 647 0610



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_9073-1 (02/10)

Debtor: WILLIAM H GILLIAM

Case No.: 19-01366

Joint Debtor:
(if any)

Chapter: 13

[If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]

Plaintiff(s):

Adversary Proceeding No.:
(if applicable)

vs.

Defendant(s):

**NOTICE OF HEARING**
Courtroom – 1132 Bishop Street, Honolulu, Hawaii

Hearing Date: May 12, 2020
Time: 9:30 AM

Objections Due: April 28 2020

Matter being heard: MOTION TURNOVER Verizon Media Group dba Yahoo

Related Dkt No.:

Moving Party: Debtor

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, including pertinent details.*]
Verizon Media Group owns and operates Yahoo debtor holds an interest in the email addresses and data set out in the Motion

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

| Date response due [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after* _____ .]: |
|---|
| __April 28 2020__     How calculated: 9013-1b <br> Date |

Statements must be filed with the court at:

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

| Responses to be sent to: | William H. Gilliam, pro se <br> 9450 SW Gemini Dr. <br> ECM 38146 <br> Beaverton, OR 97008 <br> Tel 808 647 0610 <br> Bill70Gilliam@gmail.com |
|---|---|

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: __April 6 2020__     /s/William H Gilliam

for Movant     (Print name also if original signature)