

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

In re

WILLIAM HOWARD GILLIAM,

Debtor.

Case No. 19-01366
(Chapter 13)

**ORDER SUSTAINING OBJECTION TO DEBTOR'S EXEMPTION, FILED ON MARCH 20, 2020**

HEARING
Date:    April 21, 2020
Time:   9:30 a.m.
Judge:  Honorable Robert J. Faris

Related Docket No. 82

## ORDER SUSTAINING OBJECTION TO DEBTOR'S EXEMPTION, FILED ON MARCH 20, 2020

On March 20, 2020, GEORGE R. ROBINSON ("Receiver"), the court

appointed receiver of Pacific Rim Property Service Corporation ("PRPSC") in the

125865.docx

State Court proceeding entitled <u>Association of Apartment Owners of Kuhio Shores of Poipu v. Pacific Rim Property Service Corporation</u>, Civil No. 16-1-0063, filed an Objection to Debtor's Exemption (the "Objection"). The Objection came on for hearing on April 21, 2020 before the Honorable Robert J. Faris, United States Bankruptcy Judge. Alika L. Piper, Esq. appeared telephonically on behalf of the Receiver. Debtor William Gilliam also appeared telephonically.

The Court has read the Objection and the memoranda filed in support and in opposition thereto, and has heard the arguments of the parties at the hearing. Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     The Objection is SUSTAINED

2.     The Debtor is not entitled to exempt the one-bedroom condo located at 5050 Lawai Road, Apt. 209, Koloa, Hawaii (the "Property"), nor the proceeds from the Property.

**END OF ORDER**

KLEVANSKY PIPER, LLP
SIMON KLEVANSKY
ALIKA L. PIPER
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone:  (808) 536-0200
Facsimile:  (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com;
apiper@kplawhawaii.com
Attorneys for George R. Robinson, State Court Receiver