H9013-3A (3/16)

Filer's Name, Address, Phone, email:

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): | Case No.: |
|---|---|
| Plaintiff(s): <br> (et al. *if multiple parties*) | Adversary Proceeding No.: |
| Defendant(s): <br> (et al. *if multiple parties*) | Related Docket No.: |

**CERTIFICATE OF SERVICE**

*Document(s) served:*

*Date served:*

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

*Example:*
- Name of person served
- If attorney, name of client
- Mailing address or
  Email address if served via ECF or
  Fax number if served by fax

*Dated:*

_____    /s/ _____
                                  [*Print name and sign*]