Date Signed:
June 17, 2020



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>WILLIAM H. GILLIAM,<br><br>                Debtor. | Case No. 19-01366<br>Chapter 13<br><br>Re: Docket No. 50 |

### TURNOVER ORDER

      On April 6, 2020, Debtor William H. Gilliam filed a motion to require Apple, Inc., Google, LLC, and Verizon Media Group, Inc., dba Yahoo, Inc., to turn over to him certain information related to accounts he maintains with the respondents. The record shows that Mr. Gilliam properly served the motion on the respondents (dkt. 93), but none of the respondents filed a response to the motion. Based on the respondents' failure to respond to the motion,

      IT IS HEREBY ORDERED that:

      1.     Respondent Apple, Inc., shall (to the extent of its ability after exercising reasonable efforts) promptly turn over to Mr. Gilliam all passwords and data associated with any Apple iCloud account with the account or user identification

"Nosveemos2@yahoo.com."

2. Respondent Google, LLC, shall (to the extent of its ability after exercising reasonable efforts) promptly turn over to Mr. Gilliam all passwords and data associated with the accounts with the user identification "PacificRimHI@gmail.com" and "WorldHICuranam@gmail.com".

3. Respondent Verizon Media Group, Inc., dba Yahoo, Inc., Apple, Inc., shall (to the extent of its ability after exercising reasonable efforts) promptly turn over to Mr. Gilliam all passwords and data associated with the accounts with the user identification "BillGilliam@yahoo.com", "WorldHI@yahoo.com", and "Nosveemos2@yahoo.com."

END OF ORDER